# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| Marcia Samuel ) | Case No. 16-11833 (ref) |
| ) | |
| ) | |
| Chapter 13 Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE:
## SECOND AMENDED CHAPTER 13 PLAN AND ANALYSIS

I, Mark M. Billion, Esquire, in the within matter, do hereby certify that on this 23th Day of September 2016, I caused one copy of Second Amended Chapter 13 Plan and Analysis to be served on all parties of record via CM/ECF, and further served upon all creditors on the matrix, via U.S. Post, First Class.

September 23, 2016                                BILLION LAW

*/s/ Mark M. Billion*
Mark M. Billion (PA Bar No. 315152)
922 New Road; 2nd Floor
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*