### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Marcia Samuel

      Debtor(s)                                                    Case No: 16−11833−ref

                                                Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The
Madison, 400 Washington Street, Reading, PA 19601

                                             For The Court

                                             Timothy B. McGrath
                                             Clerk of Court