*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marcia Samuel
    Debtor(s)

Case No: 16–11833–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case, underfunded & feasibility and Debtor(s) Failure to File Documents Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI (Counsel).

Hearing rescheduled from 10/27/16 to 12/1/16.

    on: 12/1/16

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/13/16

Timothy B. McGrath
Clerk of Court

25 – 17
Form 167