United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marcia Samuel  
    Debtor

Case No. 16-11833-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 2     Date Rcvd: Oct 13, 2016  
                   Form ID: 152    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2016.

```
db          +Marcia Samuel,    246 S Walnut St.,    Bath, PA 18014-1031
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13692660   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AMERICREDIT,    4001 EMBARCADARO,    None,    ARLINGTON, TX 76014)
13700828    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
             Arlington, TX 76096-3853
13766512    +Borough of Bath,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
13772504    +Borough of Bath,    c/o James R. Wood, Esq.,    1000 Sandy Hill Road, Suite 150,
             Norristown, PA 19401-4181
13692662    +CAPITAL 1 BK,    11013 W BROAD ST,    None,    GLEN ALLEN, VA 23060-6017
13692670    +CHASE,    P.O. BOX 15298,    None,    WILMINGTON, DE 19850-5298
13692659    +CHASE MTG,    10790 RANCHO BERNA,    None,    SAN DIEGO, CA 92127-5705
13706622     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13692665    +ERC,    PO BOX 57547,    None,    JACKSONVILLE, FL 32241-7547
13699866    +JP Morgan Chase Bank, NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13692661    +MIDLAND FUND,    2365 NORTHSIDE DRI SUITE 300,    None,    SAN DIEGO, CA 92108-2709
13707898    +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13692666    +MOBILOANSLLC,    PO BOX 1409,    None,    MARKSVILLE, LA 71351-1409
13692669   ++MUNICIPAL CREDIT UNION,    22 CORTLANDT STREET,    24TH FLOOR,    NEW YORK NY 10007-3153
             (address filed with court: MUNCPL CR UN,    185 MONTAGUE ST,    None,    BROOKLYN, NY 11201)
13692657    +Marcia Samuel,    246 S Walnut St.,    Bath, PA,    BATH, PA 18014-1031
13692658    +Mark M. Billion,    Billion Law,    922 New Road,    Suite 2,    WILMINGTON, DE 19805-5199
13692667    +TARGET N.B.,    PO BOX 673,    None,    MINNEAPOLIS, MN 55440-0673
13692668   ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: US DEP ED,    501 BLEEKER STREET,    None,    UTICA, NY 13502)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         +E-mail/Text: robertsl2@dnb.com Oct 14 2016 02:11:00      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2016 02:10:51
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 14 2016 02:11:06      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2016 02:13:56      Orion,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13692663    +E-mail/Text: bankruptcy@icsystem.com Oct 14 2016 02:11:39      I C SYSTEM,    PO BOX 64378,
             None,    SAINT PAUL, MN 55164-0378
13745015     E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2016 02:13:56      Orion Portfolio Services LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13697619     E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2016 02:13:42
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13692671     ally fin,   Not Available,    None,   NA, NA NA
13692664     trident,   Not Available,    None,   NA, NA NA
cr*         +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
             Arlington, tx 76096-3853
cr*         +Borough of Bath,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
13698306*  ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit Financial Services dba GM Financial,    PO Box 183853,
             Arlington TX 76096)
                                                                                 TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Angela              Page 2 of 2              Date Rcvd: Oct 13, 2016
                              Form ID: 152              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Bath jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARK MATTHEW BILLION    on behalf of Debtor Marcia  Samuel markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Marcia Samuel
    Debtor(s)

Case No: 16–11833–ref

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

24
Form 152