# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-11833-ref |
| Marcia Samuel ) | |
| . ) | Chapter 13 |

## ORDER:
## MOTION TO MODIFY PLAN AND ANALYSIS

IT IS HEREBY ORDERED:

1. The First Modified Plan, which is referenced at Docket No. 38 is hereby modified and approved.

**Date: May 15, 2017**

_____
J.