United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-11833-ref
Marcia Samuel                                                                   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela           Page 1 of 1           Date Rcvd: May 15, 2017
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
db          +Marcia Samuel,   246 S Walnut St.,   Bath, PA 18014-1031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
     DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
      bkgroup@kmllawgroup.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     JAMES RANDOLPH WOOD    on behalf of Creditor   Borough of Bath jwood@portnoffonline.com,
      jwood@ecf.inforuptcy.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
      bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     MARK MATTHEW BILLION    on behalf of Debtor Marcia  Samuel markbillion@billionlaw.com,
      mmb21167@fastpacer.us
     MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
      bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
      tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                   TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-11833-ref |
| Marcia Samuel | ) | |
| . | ) | Chapter 13 |

**ORDER:**
**MOTION TO MODIFY PLAN AND ANALYSIS**

IT IS HEREBY ORDERED:

1. The First Modified Plan, which is referenced at Docket No. 38 is hereby modified and approved.

**Date: May 15, 2017**

_____
J.