# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel | )    Case No. 16-11833-ref |
| | ) |
| | ) |
| Chapter 13 Debtor. | ) |

## NOTICE TO WITHDRAW "OBJECTION TO CLAIM 4 BY CLAIMANT ORION PORTFOLIO SERVICES LLC C/O PRA RECEIVABLES MANAGEMENT, LLC" DOCKET NO. 47

The captioned document, "Objection to Claim 4 by Claimant Orion Portfolio Services LLC c/o PRA Receivables Management, LLC" Docket #47 is whereby withdrawn.

June 26, 2018

BILLION LAW

*/s/ Mark M. Billion*
Mark M. Billion (PA Bar No. 315152)
922 New Rd., Fl. 2
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtors*