IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| Marcia Samuel, ) | Case No.16-11833-ref |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Mark M. Billion, Esquire, applies under § 330 of the Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor.

2. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on 03/17/16.

3. The debtor's annualized current monthly income as set forth on Form 122C-1 is:

    XX ($83,098.08) Above median (the amount on line 15b is not less than the amount on line 16c)

    __ Below median (the amount on line 15b is less than the amount on line 16c).

4. The Debtor's Chapter 13 Plan was confirmed by the court on 01/12/2017.

5. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

6. Applicant requests an award of supplemental compensation of $2,500.00 for the flat fee in providing the following services: Initial consultation with client, Basic data entry, preparation, review and filing of Schedules, Statements, and Chapter 13 Plan, correspondences

and phone calls, assembling of documents necessary for the conclusion of Debtor's 341 Meeting, attending the 341 Meeting and Confirmation hearings, amending Schedules, responding to the Trustee's Motion to Dismiss, and amending the Chapter 13 Plan twice in order for the Second Amended Chapter 13 Plan to be confirmed.

    7. The debtor paid the applicant $464.00 prior to the filing of the chapter 13 petition.

    8. A copy of the Applicants' Amended Disclosure of Attorney Compensation pursuant to F.R.B.P. 2016(b) is attached hereto as Exhibit "A."

    9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

    WHEREFORE, Applicant requests the approval of an award of $2,500.00; $464.00 of which was previously paid leaving $2,036.00 to be distributed to Debtor's Counsel.

June 28, 2018

BILLION LAW

/s/ Mark M. Billion

Mark M. Billion (PA Bar No. 315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
    markbillion@billionlaw.com

*For the Debtor*

Exhibit A

# United States Bankruptcy Court
Pennsylvania E.D.

**In re**

Marcia Samuel

**Debtor**

Case No. _____

Chapter __13__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................ $ 4000.00

   Prior to the filing of this statement I have received ....................... $ 464.00

   Balance Due ........................................................... $ 3536.00

2. The source of the compensation paid to me was:

   [X] Debtor     [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor     [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
| Debtor. | )    Chapter 13 |
| | ) |

**ORDER: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

AND NOW, this _____ day of _____, 2018, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that:

1. The Fee Application filed by Debtors' Counsel is hereby GRANTED in the amount of $2,500.00; $464.00 of which was previously paid leaving $2,036.00 remaining to be paid.

BY THE COURT: _____
U.S. Bankruptcy Judge Richard E. Fehling

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
| Debtor. | )    Chapter 13 |
| | ) |

**COS: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

A copy of this document, as well as the notice of hearing regarding the same, has been served by U.S. Post, First Class on all parties on Exhibit 1 hereto.

June 28, 2018                         BILLION LAW

/s/ Mark M. Billion

Mark M. Billion (PA Bar No. 315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*

Exhibit 1

```
Label Matrix for local noticing          AmeriCredit Financial Services, Inc. dba GM      Borough of Bath
0313-4                                    P O Box 183853                                   c/o Portnoff Law Associates, Ltd.
Case 16-11833-ref                         Arlington, tx 76096-3853                         P.O. Box 3020
Eastern District of Pennsylvania                                                           Norristown, PA 19404-3020
Reading
Fri Jun 29 12:32:40 EDT 2018

Orion                                     Reading                                          (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
c/o Recovery Management Systems Corporat  400 Washington Street                            PO BOX 183853
25 SE 2nd Avenue, Suite 1120              Suite 300                                        ARLINGTON TX 76096-3853
Miami, FL 33131-1605                      Reading, PA 19601-3951


Borough of Bath                           CAPITAL 1 BK                                     CHASE
c/o James R. Wood, Esq.                   11013 W BROAD ST                                 P.O. BOX 15298
1000 Sandy Hill Road, Suite 150           None                                             None
Norristown, PA 19401-4181                 GLEN ALLEN, VA 23060-6017                        WILMINGTON, DE 19850-5298


CHASE MTG                                 Capital One Bank (USA), N.A.                     ERC
10790 RANCHO BERNA                        PO Box 71083                                     PO BOX 57547
None                                      Charlotte, NC  28272-1083                        None
SAN DIEGO, CA 92127-5705                                                                   JACKSONVILLE, FL 32241-7547


I C SYSTEM                                JP Morgan Chase                                  JP Morgan Chase Bank, NA
PO BOX 64378                              PO BOX 24686                                     c/o Joshua I. Goldman, Esq.
None                                      Mail Code OH4-7302                               KML Law Group, PC
SAINT PAUL, MN 55164-0378                 Columbus, OH 43224                               701 Market Street, Suite 5000
                                                                                           Philadelphia, PA 19106-1541


JP Morgan Chase Bank, NA                  JPMorgan Chase Bank, National Association        MIDLAND FUND
c/o Thomas Puleo, Esq.                    Attn: Correspondence Mail                        2365 NORTHSIDE DRI SUITE 300
KML Law Group, PC                         Mail Code LA4-5555                               None
701 Market Street, Suite 5000             700 Kansas Lane                                  SAN DIEGO, CA 92108-2709
Philadelphia, PA 19106-1541               Monroe LA 71203-4774


MIDLAND FUNDING LLC                       MOBILOANSLLC                                     (p)MUNICIPAL CREDIT UNION
PO BOX 2011                               PO BOX 1409                                      22 CORTLANDT STREET
WARREN, MI 48090-2011                     None                                             24TH FLOOR
                                          MARKSVILLE, LA 71351-1409                        NEW YORK NY 10007-3153


Marcia Samuel                             Mark M. Billion                                  Orion Portfolio Services LLC
246 S Walnut St.                          Billion Law                                      c/o PRA Receivables Management, LLC
Bath, PA                                  922 New Road                                     PO Box 41021
BATH, PA 18014-1031                       Suite 2                                          Norfolk, VA 23541-1021
                                          WILMINGTON, DE 19805-5199


Orion Portfolio Services LLC              Recovery Management Systems Corporation          TARGET N.B.
c/o Recovery Management Systems Corp      25 S.E. 2nd Avenue, Suite 1120                   PO BOX 673
25 SE 2nd Avenue Suite 1120               Miami, FL 33131-1605                             None
Miami, FL 33131-1605                                                                       MINNEAPOLIS, MN 55440-0673


(p)U S DEPARTMENT OF EDUCATION            United States Trustee                            FREDERICK L. REIGLE
P O BOX 5609                              Office of the U.S. Trustee                       Chapter 13 Trustee
GREENVILLE TX 75403-5609                  833 Chestnut Street                              2901 St. Lawrence Ave.
                                          Suite 500                                        Suite 100
                                          Philadelphia, PA 19107-4405                      Reading, PA 19606-2265
```

```
MARK MATTHEW BILLION                                    Marcia Samuel
Billion Law                                             246 S Walnut St.
922 New Road                                            Bath, PA 18014-1031
Suite 2
Wilmington, DE 19805-5199
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AMERICREDIT                       (d)Americredit Financial Services dba GM Fina    MUNCPL CR UN
4001 EMBARCADARO                  PO Box 183853                                    185 MONTAGUE ST
None                              Arlington TX 76096                               None
ARLINGTON, TX 76014                                                                BROOKLYN, NY 11201


US DEP ED
501 BLEEKER STREET
None
UTICA, NY 13502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMorgan Chase Bank, National Association    (d)AmeriCredit Financial Services, Inc. dba G    (d)Borough of Bath
                                                P O Box 183853                                   c/o Portnoff Law Associates, Ltd.
                                                Arlington, TX 76096-3853                         P.O. Box 3020
                                                                                                 Norristown, PA 19404-3020


(u)ally fin                                     (u)trident                                       End of Label Matrix
Not Available                                   Not Available                                    Mailable recipients    31
None                                            None                                             Bypassed recipients     5
NA, NA NA                                       NA, NA NA                                        Total                  36
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
| Debtor. | )    Chapter 13 |
| | ) |

**NOTICE OF APPLICATION AND RESPONSE DEADLINE: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Mark M. Billion, Esquire, of Billion Law, has filed an Application for Compensation and Reimbursement of Expenses Following the Confirmation of Debtor's Chapter 13 Plan in the present Chapter 13 Bankruptcy.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before July 29, 2018, you or your attorney must do the following:

        a. File an answer explaining your position at

        Office of the Bankruptcy Clerk

        The Madison Building

        400 Washington Street

        Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy of the Movant's attorney

Mark M. Billion, Esquire

Billion Law

922 New Road, Fl. 2

Wilmington, DE 19805

    2. If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may enter an order granting relief requested in the Application.

    3. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    4. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one has filed an answer.

June 28, 2018                                                                BILLION LAW

/s/ Mark M. Billion

Mark M. Billion (PA Bar No. 315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
    markbillion@billionlaw.com

*For the Debtor*