IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
| Debtor. | )       Chapter 13 |
| | ) |

**FIRST SUPPLEMENTAL APPLICATION FOR COMPENSATION AND**

**REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF**

**DEBTOR'S CHAPTER 13 PLAN**

Mark M. Billion, Esquire, applies under § 330 of the Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor.

2. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on 03/17/16.

3. The debtor's annualized current monthly income as set forth on Form 122C-1 is:

   XX ($83,098.08) Above median (the amount on line 15b is not less than the amount on line 16c)

   __ Below median (the amount on line 15b is less than the amount on line 16c).

4. The Debtor's Chapter 13 Plan was confirmed by the court on 01/12/2017. A modification, for which compensation is sought, was confirmed on 05/15/2017.

5. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

6. Applicant requests an award of supplemental compensation of $500.00 for the flat fee in providing the following services: prosecution of the motion to modify the confirmed plan (Docket No. 38.).

7. The debtor has previously sought approval of $2,500.00 in legal fees for the initial work on the case and per the Modified plan, another $500.00 is due.

8. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests the approval of an award of $500.00; $0.00 of which was previously paid leaving $500.00 to be distributed to Debtor's Counsel.

June 28, 2018                                          BILLION LAW

/s/ Mark M. Billion

Mark M. Billion (PA Bar No. 315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
| Debtor. | )    Chapter 13 |
| | ) |

## ORDER: FIRST SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

AND NOW, this _____ day of _____, 2018, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that:

1. The Fee Application filed by Debtors' Counsel is hereby GRANTED in the amount of $500.00; $0.00 of which was previously paid leaving $500.00 remaining to be paid.

BY THE COURT: _____
U.S. Bankruptcy Judge Richard E. Fehling

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
| Debtor. | )     Chapter 13 |
| | ) |

## COS: FIRST SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

A copy of this document, as well as the notice of hearing regarding the same, has been served by U.S. Post, First Class on all parties on Exhibit 1 hereto.

June 28, 2018

BILLION LAW

/s/ Mark M. Billion

Mark M. Billion (PA Bar No. 315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
    markbillion@billionlaw.com

*For the Debtor*

Exhibit 1

```
Label Matrix for local noticing          AmeriCredit Financial Services, Inc. dba GM   Borough of Bath
0313-4                                    P O Box 183853                                c/o Portnoff Law Associates, Ltd.
Case 16-11833-ref                         Arlington, tx 76096-3853                      P.O. Box 3020
Eastern District of Pennsylvania                                                        Norristown, PA 19404-3020
Reading
Fri Jun 29 12:32:40 EDT 2018

Orion                                     Reading                                       (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
c/o Recovery Management Systems Corporat  400 Washington Street                         PO BOX 183853
25 SE 2nd Avenue, Suite 1120              Suite 300                                     ARLINGTON TX 76096-3853
Miami, FL 33131-1605                      Reading, PA 19601-3951


Borough of Bath                           CAPITAL 1 BK                                  CHASE
c/o James R. Wood, Esq.                   11013 W BROAD ST                              P.O. BOX 15298
1000 Sandy Hill Road, Suite 150           None                                          None
Norristown, PA 19401-4181                 GLEN ALLEN, VA 23060-6017                     WILMINGTON, DE 19850-5298


CHASE MTG                                 Capital One Bank (USA), N.A.                  ERC
10790 RANCHO BERNA                        PO Box 71083                                  PO BOX 57547
None                                      Charlotte, NC  28272-1083                     None
SAN DIEGO, CA 92127-5705                                                                JACKSONVILLE, FL 32241-7547


I C SYSTEM                                JP Morgan Chase                               JP Morgan Chase Bank, NA
PO BOX 64378                              PO BOX 24686                                  c/o Joshua I. Goldman, Esq.
None                                      Mail Code OH4-7302                            KML Law Group, PC
SAINT PAUL, MN 55164-0378                 Columbus, OH 43224                            701 Market Street, Suite 5000
                                                                                        Philadelphia, PA 19106-1541


JP Morgan Chase Bank, NA                  JPMorgan Chase Bank, National Association     MIDLAND FUND
c/o Thomas Puleo, Esq.                    Attn: Correspondence Mail                     2365 NORTHSIDE DRI SUITE 300
KML Law Group, PC                         Mail Code LA4-5555                            None
701 Market Street, Suite 5000             700 Kansas Lane                               SAN DIEGO, CA 92108-2709
Philadelphia, PA 19106-1541               Monroe LA 71203-4774


MIDLAND FUNDING LLC                       MOBILOANSLLC                                  (p)MUNICIPAL CREDIT UNION
PO BOX 2011                               PO BOX 1409                                   22 CORTLANDT STREET
WARREN, MI 48090-2011                     None                                          24TH FLOOR
                                          MARKSVILLE, LA 71351-1409                     NEW YORK NY 10007-3153


Marcia Samuel                             Mark M. Billion                               Orion Portfolio Services LLC
246 S Walnut St.                          Billion Law                                   c/o PRA Receivables Management, LLC
Bath, PA                                  922 New Road                                  PO Box 41021
BATH, PA 18014-1031                       Suite 2                                       Norfolk, VA 23541-1021
                                          WILMINGTON, DE 19805-5199


Orion Portfolio Services LLC              Recovery Management Systems Corporation       TARGET N.B.
c/o Recovery Management Systems Corp      25 S.E. 2nd Avenue, Suite 1120                PO BOX 673
25 SE 2nd Avenue Suite 1120               Miami, FL 33131-1605                          None
Miami, FL 33131-1605                                                                    MINNEAPOLIS, MN 55440-0673


(p)U S DEPARTMENT OF EDUCATION            United States Trustee                         FREDERICK L. REIGLE
P O BOX 5609                              Office of the U.S. Trustee                    Chapter 13 Trustee
GREENVILLE TX 75403-5609                  833 Chestnut Street                           2901 St. Lawrence Ave.
                                          Suite 500                                     Suite 100
                                          Philadelphia, PA 19107-4405                   Reading, PA 19606-2265
```

MARK MATTHEW BILLION
Billion Law
922 New Road
Suite 2
Wilmington, DE 19805-5199

Marcia Samuel
246 S Walnut St.
Bath, PA 18014-1031

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AMERICREDIT
4001 EMBARCADARO
None
ARLINGTON, TX 76014

(d)Americredit Financial Services dba GM Fina
PO Box 183853
Arlington TX 76096

MUNCPL CR UN
185 MONTAGUE ST
None
BROOKLYN, NY 11201

US DEP ED
501 BLEEKER STREET
None
UTICA, NY 13502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(d)Borough of Bath
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

(u)ally fin
Not Available
None
NA, NA NA

(u)trident
Not Available
None
NA, NA NA

End of Label Matrix
Mailable recipients    31
Bypassed recipients     5
Total                  36

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
|    Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
|         Debtor. | )      Chapter 13 |
| | ) |

**NOTICE OF FIRST SUPPLEMENTAL APPLICATION AND RESPONSE DEADLINE: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Mark M. Billion, Esquire, of Billion Law, has filed an Application for Compensation and Reimbursement of Expenses Following the Confirmation of Debtor's Chapter 13 Plan in the present Chapter 13 Bankruptcy.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before July 29, 2018, you or your attorney must do the following:

    a. File an answer explaining your position at

    Office of the Bankruptcy Clerk

    The Madison Building

    400 Washington Street

    Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy of the Movant's attorney

Mark M. Billion, Esquire

Billion Law

922 New Road, Fl. 2

Wilmington, DE 19805

2. If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may enter an order granting relief requested in the Application.

3. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one has filed an answer.

| | |
|---|---|
| June 28, 2018 | BILLION LAW |
| | /s/ Mark M. Billion |
| | Mark M. Billion (PA Bar No. 315152)<br>922 New Road<br>Wilmington, DE 19805<br>Tel: 302.428.9400<br>Fax: 302.450.4040<br>   markbillion@billionlaw.com |
| | *For the Debtor* |