## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel | ) Case No. 16-11833-ref |
| | ) |
| | ) |
| Chapter 13 Debtor. | ) |

## NOTICE TO WITHDRAW "MOTION APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF THE DEBTORS CHAPTER 13 PLAN" DOCKET NO. 51

The captioned document, "Motion Application for Compensation and Reimbursement of Expenses Following the Confirmation of the Debtors Chapter 13 Plan" Docket #51 is whereby withdrawn.

June 29, 2018

BILLION LAW

*/s/ Mark M. Billion*
Mark M. Billion (PA Bar No. 315152)
922 New Rd., Fl. 2
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*