**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| Marcia Samuel ) | Case No. 16-11833-ref |
| ) | |
| ) | |
| Chapter 13 Debtor. ) | |

**NOTICE TO WITHDRAW "NOTICE OF FIRST SUPPLEMENTAL APPLICATION AND RESPONSE DEADLINE: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTORS CHAPTER 13 PLAN" DOCKET NO. 52**

The captioned document, "Notice of First Supplemental Application and Response Deadline: Application for Compensation and Reimbursement of Expenses Following the Confirmation of the Debtors Chapter 13 Plan" Docket #52 is whereby withdrawn.

June 29, 2018

BILLION LAW

*/s/ Mark M. Billion*
Mark M. Billion (PA Bar No. 315152)
922 New Rd., Fl. 2
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*