### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Marcia Samuel | ) | |
| | ) | 16-11833-ref |
| | ) | |
| | ) | Chapter 13 |
| | ) | Claim #61 |

## NOTICE OF WITHDRAWAL OF "EXHIBIT A (AMENDED)" CLAIM NO. 61

The captioned document, "Exhibit A (Amended)" Claim No. 61 is hereby withdrawn.

August 13, 2018

BILLION LAW

/s/ *Mark M. Billion*
Mark M. Billion (PA Bar No. 315152)
922 New Road, 2nd Floor
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Plaintiff-Debtor*