**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Marcia Samuel | )<br>)<br>)   16-11833-ref<br>)<br>)<br>)   Chapter 13<br>)   Docket No. #57 |

**NOTICE OF WITHDRAWAL OF "SECOND MOTION TO MODIFY PLAN"
DOCKET NO. 57**

The captioned document, "Second Motion to Modify Plan" Docket No. 57 is hereby withdrawn.

August 13, 2018

BILLION LAW

/s/ *Mark M. Billion*

Mark M. Billion (PA Bar No. 315152)
922 New Road, 2nd Floor
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Plaintiff-Debtor*