## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Marcia Samuel | ) | Case No. 16-11833-ref |
| | ) | |
| | ) | Ref. Docket No. 66 |
| Chapter 13 Debtor | ) | |

**NOTICE TO WITHDRAW "CERTIFICATE OF NO REPONSE TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW" DOCKET #66**

---

The captioned document, "Certificate of No Response to Application for Compensation and Reimbursement of Expenses Filed by Mark Billion & Billion Law" Docket #66 is hereby withdrawn.

August 30, 2018

BILLION LAW

*/s/ Mark M. Billion*
Mark M. Billion (PA Bar No. 315152)
922 New Rd., Fl. 2
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*