## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          )
                                                )
    Marcia Samuel,                         ) Case No.16-11833-ref
                                                )
               Debtor.           )      Chapter 13
                                                )

### ORDER:
### APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FILED BY MARK BILLION & BILLION LAW

AND NOW, this _____ day of _____, 2018, based

on the Fee Application of Debtor's Counsel, it is hereby ORDERED that:

1. The Fee Application filed by Debtors' Counsel is hereby GRANTED in the amount of

$2500; $464 of which was previously paid leaving $2036.00 remaining to be paid.

**Date: August 31, 2018**

BY THE COURT: _____

               U.S. Bankruptcy Judge Richard E. Fehling