# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
| Debtor. | )    Chapter 13 |
| | ) |

## ORDER: FIRST SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

AND NOW, this _____ day of _____, 2018, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that:

1. The Fee Application filed by Debtors' Counsel is hereby GRANTED in the amount of $500.00; $0.00 of which was previously paid leaving $500.00 remaining to be paid.

**Date: August 31, 2018**

BY THE COURT: _____

U.S. Bankruptcy Judge Richard E. Fehling