United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11833-ref
Marcia Samuel                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1          Date Rcvd: Sep 04, 2018
                              Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
```
db             +Marcia Samuel,    246 S Walnut St.,    Bath, PA 18014-1031
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, tx 76096-3853
cr             +Borough of Bath,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 05 2018 02:11:09      Orion,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Bath jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARK MATTHEW BILLION    on behalf of Debtor Marcia  Samuel markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| Marcia Samuel, | ) Case No.16-11833-ref |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |

**ORDER: FIRST SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

AND NOW, this _____ day of _____, 2018, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that:

1. The Fee Application filed by Debtors' Counsel is hereby GRANTED in the amount of $500.00; $0.00 of which was previously paid leaving $500.00 remaining to be paid.

**Date: August 31, 2018**

BY THE COURT: _____
U.S. Bankruptcy Judge Richard E. Fehling