**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLANIA**

In re:                                    )
     Marcia Samuel                     )          Case No. 16-11833-ref
                                       )
     Debtor.                          )          Chapter 13

**ORDER:
SECOND MOTION TO MODIFY PLAN AND ANALYSIS**

---

IT IS HEREBY ORDERED:

    1.     The Second Modified Plan and Analysis is hereby approved.

Dated: _____, 2018               _____

                                                 J.