**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLANIA**

| | | |
|---|---|---|
| In re: | ) | |
| Marcia Samuel | ) | Case No. 16-11833-ref |
| | ) | |
| Debtor. | ) | Chapter 13 |

**ORDER:
SECOND MOTION TO MODIFY PLAN AND ANALYSIS**

IT IS HEREBY ORDERED:

1.    The Second Modified Plan and Analysis is hereby approved.

Dated: _____, 2018

_____
                                                                    J.

**Date: September 13, 2018**