United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11833-pmm
Marcia Samuel                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: PaulP              Page 1 of 1           Date Rcvd: Apr 10, 2020
                          Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
13899894      +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,     700 Kansas Lane,    Monroe LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association    bkgroup@kmllawgroup.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Bath jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association    bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association    pa-bk@logs.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      MARK MATTHEW BILLION    on behalf of Debtor Marcia  Samuel markbillion@billionlaw.com, mmb21167@fastpacer.us
      MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association    bkgroup@kmllawgroup.com
      ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association    tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                      TOTAL: 11

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-11833-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Marcia Samuel
246 S Walnut St.
Bath PA 18014

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/10/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 | WILMINGTON SAVINGS, CARRINGTON MTG SERV
1600 S. DOUGLASS RD.
ANAHEIM, CA  92806 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/12/20

Tim McGrath
**CLERK OF THE COURT**