# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
      Marcia Samuel                      :          Bankr. No. 16-11833-REF
          Debtor.                    :

## MOTION TO MODIFY THE CHAPTER 13 PLAN

1. The captioned debtor hereby requests that the plan be modified pursuant to 11 U.S.C. § 1329(a) so as to add arrears and attorney's fees.

2. The proposed modified plan providing for the circumstances above is attached as Exhibit A.

3. The Debtor submits that the modified plan is in the best interests of their reorganization and request this Court's approval of the same

March 16, 2020                                  BILLION LAW

_____
Mark M. Billion (PA Bar No.315152)
22 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com


*For the Debtor*