# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Marcia Samuel                  :    Bankr. No. 16-11833-PMM
    Debtor.                        :

## NOTICE: MOTION TO MODIFY THE CHAPTER 13 PLAN

PLEASE TAKE NOTICE that the Debtor filed the captioned motion (the "Motion") with the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the approval of the relief requested in the Motion will be held on May 7, 2020 at 11 a.m. (Eastern Time) before the Honorable Patricia M. Mayer at the United States Bankruptcy Court for the Eastern District of Pennsylvania; The Gateway Building; 201 Penn Street, 3rd Floor Courtroom 1; Reading, PA 19601.

**PLEASE TAKE FURTHER NOTICE that responses or objections to the entry of the Motion, if any, must be made in writing, filed with the Clerk of the Court; The Gateway Building; 201 Penn Street, Suite 103; Reading, PA 19601 or before May 1, 2020 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES TO THE MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

April 15, 2020                                      ILLION LAW

_____
ark M. Billion (PA Bar No.315152)
)73 S. Governors Ave.
over, DE 19904
el: 302.428.9400
ıx: 302.450.4040
markbillion@billionlaw.com

*or the Debtor*