# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    Marcia Samuel : Bankr. No. 16-11833-PMM
        Debtor. : Re DN 88, 89, 90

## COS: MOTION TO MODIFY THE CHAPTER 13 PLAN & RELATED PLAN AND NOTICE

A copy of this document has been served on all parties of record via CM/ECF. A copy of this document has also been served on all creditors on the creditor matrix via U.S. Post.

April 15, 2020            BILLION LAW

_____
Mark M. Billion (PA Bar No.315152)
1073 S. Governors Ave.
Dover, DE 19904
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*