# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    Marcia Samuel | :    Bankr. No. 16-11833-REF |
|    Debtor. | : |

## PRAECIPE TO WITHDRAW DN #96

**The captioned document is hereby withdrawn.**

3.
July 22, 2020

BILLION LAW

_/s/ Mark M. Billion_

Mark M. Billion (PA Bar No.315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*