| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-11833-PMM

MARCIA SAMUEL  
246 S WALNUT ST.  
BATH  PA    18014

Petition Filed Date: 03/17/2016  
341 Hearing Date: 05/24/2016  
Confirmation Date: 01/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,451.00 | | 02/05/2019 | $1,451.00 | | 03/04/2019 | $1,451.00 | |
| 04/01/2019 | $1,451.00 | | 05/02/2019 | $1,451.00 | | 06/03/2019 | $1,451.00 | |
| 07/08/2019 | $1,451.00 | | 08/19/2019 | $1,451.00 | | 10/23/2019 | $1,451.00 | |
| 12/04/2019 | $1,451.00 | | 01/03/2020 | $1,451.00 | | 02/18/2020 | $900.00 | |
| 03/17/2020 | $1,451.00 | | 05/11/2020 | $1,913.00 | | 06/11/2020 | $1,913.00 | |
| 07/08/2020 | $1,913.00 | | | | | | | |

**Total Receipts for the Period:  $24,051.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $54,541.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $29,258.73 | $16,319.49 | $12,939.24 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $612.20 | $0.00 | $612.20 |
| 5 | BOROUGH OF BATH<br>»» 005 | Secured Creditors | $1,090.43 | $0.00 | $1,090.43 |
| 6 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 006 | Mortgage Arrears | $21,105.53 | $21,105.53 | $0.00 |
| 6 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 06B | Mortgage Arrears | $6,727.96 | $6,727.96 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $713.49 | $0.00 | $713.49 |
| 4 | ORION PORTFOLIO SERVICES LLC<br>»» 004 | Unsecured Creditors | $174.49 | $0.00 | $174.49 |
| 7 | MARK MATTHEW BILLION ESQUIRE<br>»» 007 | Attorney Fees | $2,036.00 | $2,036.00 | $0.00 |
| 7 | MARK MATTHEW BILLION ESQUIRE<br>»» 07B | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | MARK MATTHEW BILLION ESQUIRE | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |

**Chapter 13 Case No. 16-11833-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,541.00 | Current Monthly Payment: | $1,451.00 |
| Paid to Claims: | $46,688.98 | Arrearages: | $4,969.00 |
| Paid to Trustee: | $4,630.32 | Total Plan Base: | $71,118.00 |
| Funds on Hand: | $3,221.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.