# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :
    Marcia Samuel                          :     Bankr. No. 16-11833-PMM
    Debtor.                                 :

## CERTIFICATE OF SERVICE

A copy of the following documents have been served by US POST, FIRST CLASS, on all parties of record via CM/ECF, and further served upon all creditors on the matrix, via U.S. Post, First Class.

- **Docket Nos. 96, 105, 108**

September 14, 2020                                              BILLION LAW

                                                                                    Mark M. Billion (PA Bar No.315152)
                                                                                   1073 S. Governors Ave.
                                                                                   Dover, DE 19904
                                                                                   Tel: 302.428.9400
                                                                                   Fax: 302.450.4040
                                                                                   markbillion@billionlaw.com

*For the Debtor*