United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-11833-pmm
Marcia Samuel                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: PaulP           Page 1 of 1          Date Rcvd: Sep 25, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db            +Marcia Samuel,    246 S Walnut St.,    Bath, PA 18014-1031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Bath jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARK MATTHEW BILLION    on behalf of Debtor Marcia  Samuel markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
   Marcia Samuel                    :   Bankr. No. 16-11833-PMM
                Debtor.    :

## ORDER: MOTION TO MODIFY THE CHAPTER 13 PLAN

IT IS HEREBY ORDERED:

    1. The Third Modified Plan, which is referenced at Docket No. 101 is hereby modified and approved.

September  25 , 2020

**Date: September 25, 2020**         The Honorable Patricia M. Mayer