**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re: : Chapter 11
:
: Case No. 16-11833-pmm
Marcia Samuel, :
: RE DOCKET NO 105

Debtor.

---------------------------------------------------------- x

**SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Mark M. Billion, Esquire, applies under § 330 of the Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor.

2. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on 03/17/16.

3. The debtor's annualized current monthly income as set forth on Form 122C-1 is:

   XX ($83,098.08) Above median (the amount on line 15b is not less than the amount on line 16c)

   __ Below median (the amount on line 15b is less than the amount on line 16c).

4. The Debtor's Chapter 13 Plan was confirmed by the court on 01/12/2017. Two modifications, as well as a reply to a motion to dismiss, were completed and these are the matters for which compensation is sought. Compensation was previously provided for the initial modification.

5. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

6. Applicant requests an award of supplemental compensation of $1,500.00 for the flat fee in providing the following services: prosecution of the motion to modify the confirmed plans and respond to the motion to dismiss (Docket No. 105).

| | |
|---|---|
| January 8, 2021 | BILLION LAW |
| | /s/ Mark M. Billion |
| | Mark M. Billion (DE Bar No. 5263)<br>1073 S. Governors Ave<br>Dover, DE 19904<br>Tel: 302.428.9400<br>Fax: 302.450.4040<br>markbillion@billionlaw.com |
| | *For the Debtor* |

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

---------------------------------------------------------  x
:
In re:                                  :    Chapter 11
:
:    Case No. 16-11833-pmm
Marcia Samuel,                          :
:
:    RE DOCKET NO 105

Debtor.

---------------------------------------------------------  x

## NOTICE: SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Mark M. Billion, Esquire, of Billion Law, has filed an Application for Compensation and Reimbursement of Expenses Following the Confirmation of Debtor's Chapter 13 Plan in the present Chapter 13 Bankruptcy.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before February 8, 2021, you or your attorney must do the following:

a. File an answer explaining your position at Office of the Bankruptcy Clerk The Madison Building 400 Washington Street Reading, PA 19601 If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b. Mail a copy of the Movant's attorney Mark M. Billion, Esquire Billion Law 1073 S. Governors Ave; Dover, DE 19904.

  2. If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may enter an order granting relief requested in the Application.

  3. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  4. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one has filed an answer.

January 8, 2021　　　　　　　　　　　　　　　　BILLION LAW

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark M. Billion

　　　　　　　　　　　　　　　　　　　　　　　Mark M. Billion (DE Bar No. 5263)
　　　　　　　　　　　　　　　　　　　　　　　1073 S. Governors Ave
　　　　　　　　　　　　　　　　　　　　　　　Dover, DE 19904
　　　　　　　　　　　　　　　　　　　　　　　Tel: 302.428.9400
　　　　　　　　　　　　　　　　　　　　　　　Fax: 302.450.4040
　　　　　　　　　　　　　　　　　　　　　　　markbillion@billionlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*For the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                                                        :
In re:                                                  : Chapter 11
                                                        :
                                                        : Case No. 16-11833-pmm
Marcia Samuel,                                          :
                                                        : RE DOCKET NO 105
        Debtor.
------------------------------------------------------- x

**ORDER GRANTING SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

AND NOW, this _____ day of _____, 2018, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED that:

1. The Fee Application filed by Debtors' Counsel is hereby GRANTED in the amount of $1,500.00; $0.00 of which was previously paid leaving $1,500.00 remaining to be paid.

BY THE COURT:

_____, U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

---------------------------------------------------- x
                                                     :
In re:                                               :   Chapter 11
                                                     :
                                                     :   Case No. 16-11833-pmm
Marcia Samuel,                                       :
                                                     :
                                                     :   RE DOCKET NO 105

        Debtor.

---------------------------------------------------- x

**COS: ORDER GRANTING SECOND SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOLLOWING THE CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    A copy of this document, as well as the notice of hearing regarding the same, has been served by U.S. Post, First Class on all parties on Exhibit 1 hereto.

| | |
|---|---|
| January 8, 2021 | BILLION LAW |
| | /s/ Mark M. Billion |
| | Mark M. Billion (DE Bar No. 5263)<br>1073 S. Governors Ave<br>Dover, DE 19904<br>Tel: 302.428.9400<br>Fax: 302.450.4040<br>markbillion@billionlaw.com |
| | *For the Debtor* |

**Exhibit 1**

```
Label Matrix for local noticing         AmeriCredit Financial Services, Inc. dba GM    Borough of Bath
0313-4                                  P O Box 183853                                 c/o Portnoff Law Associates, Ltd.
Case 16-11833-ref                       Arlington, tx 76096-3853                       P.O. Box 3020
Eastern District of Pennsylvania                                                       Norristown, PA 19404-3020
Reading
Fri Jun 29 12:32:40 EDT 2018

Orion                                   Reading                                        (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
c/o Recovery Management Systems Corporat 400 Washington Street                         PO BOX 183853
25 SE 2nd Avenue, Suite 1120            Suite 300                                      ARLINGTON TX 76096-3853
Miami, FL 33131-1605                    Reading, PA 19601-3951


Borough of Bath                         CAPITAL 1 BK                                   CHASE
c/o James R. Wood, Esq.                 11013 W BROAD ST                               P.O. BOX 15298
1000 Sandy Hill Road, Suite 150         None                                           None
Norristown, PA 19401-4181               GLEN ALLEN, VA 23060-6017                      WILMINGTON, DE 19850-5298


CHASE MTG                               Capital One Bank (USA), N.A.                   ERC
10790 RANCHO BERNA                      PO Box 71083                                   PO BOX 57547
None                                    Charlotte, NC 28272-1083                       None
SAN DIEGO, CA 92127-5705                                                               JACKSONVILLE, FL 32241-7547


I C SYSTEM                              JP Morgan Chase                                JP Morgan Chase Bank, NA
PO BOX 64378                            PO BOX 24686                                   c/o Joshua I. Goldman, Esq.
None                                    Mail Code OH4-7302                             KML Law Group, PC
SAINT PAUL, MN 55164-0378               Columbus, OH 43224                             701 Market Street, Suite 5000
                                                                                       Philadelphia, PA 19106-1541


JP Morgan Chase Bank, NA                JPMorgan Chase Bank, National Association      MIDLAND FUND
c/o Thomas Puleo, Esq.                  Attn: Correspondence Mail                      2365 NORTHSIDE DRI SUITE 300
KML Law Group, PC                       Mail Code LA4-5555                             None
701 Market Street, Suite 5000           700 Kansas Lane                                SAN DIEGO, CA 92108-2709
Philadelphia, PA 19106-1541             Monroe LA 71203-4774


MIDLAND FUNDING LLC                     MOBILOANSLLC                                   (p)MUNICIPAL CREDIT UNION
PO BOX 2011                             PO BOX 1409                                    22 CORTLANDT STREET
WARREN, MI 48090-2011                   None                                           24TH FLOOR
                                        MARKSVILLE, LA 71351-1409                      NEW YORK NY 10007-3153


Marcia Samuel                           Mark M. Billion                                Orion Portfolio Services LLC
246 S Walnut St.                        Billion Law                                    c/o PRA Receivables Management, LLC
Bath, PA                                922 New Road                                   PO Box 41021
BATH, PA 18014-1031                     Suite 2                                        Norfolk, VA 23541-1021
                                        WILMINGTON, DE 19805-5199


Orion Portfolio Services LLC            Recovery Management Systems Corporation        TARGET N.B.
c/o Recovery Management Systems Corp    25 S.E. 2nd Avenue, Suite 1120                 PO BOX 673
25 SE 2nd Avenue Suite 1120             Miami, FL 33131-1605                           None
Miami, FL 33131-1605                                                                   MINNEAPOLIS, MN 55440-0673


(p)U S DEPARTMENT OF EDUCATION          United States Trustee                          FREDERICK L. REIGLE
P O BOX 5609                            Office of the U.S. Trustee                     Chapter 13 Trustee
GREENVILLE TX 75403-5609                833 Chestnut Street                            2901 St. Lawrence Ave.
                                        Suite 500                                      Suite 100
                                        Philadelphia, PA 19107-4405                    Reading, PA 19606-2265
```

MARK MATTHEW BILLION
Billion Law
922 New Road
Suite 2
Wilmington, DE 19805-5199

Marcia Samuel
246 S Walnut St.
Bath, PA 18014-1031

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AMERICREDIT
4001 EMBARCADARO
None
ARLINGTON, TX 76014

(d)Americredit Financial Services dba GM Fina
PO Box 183853
Arlington TX 76096

MUNCPL CR UN
185 MONTAGUE ST
None
BROOKLYN, NY 11201

US DEP ED
501 BLEEKER STREET
None
UTICA, NY 13502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(d)Borough of Bath
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

(u)ally fin
Not Available
None
NA, NA NA

(u)trident
Not Available
None
NA, NA NA

End of Label Matrix
Mailable recipients    31
Bypassed recipients     5
Total                  36