| | Samuel, Marcia 16-11833-pmm | | | | | |
|---:|---|---:|---|---:|---|---|
| 6/8/2018 | Review MtD | 0.1 | | | | |
| 6/22/2018 | Draft Objection to MtD | 0.1 | | | | |
| 7/16/2018 | Finalize and file plan | 0.1 | Total Time | 4.3 | | |
| 8/29/2018 | Corr w Trustee re plan | 0.1 | Rate | 350 | | |
| 10/25/2018 | Corr re checks concerning default | 0.1 | Total | 1505 | | |
| 7/24/2019 | Corr w client re timing of payments | 0.1 | | | | |
| 2/6/2020 | Review motion to dismiss | 0.1 | | | | |
| 2/17/2020 | Draft obj to Mtd | 0.2 | | | | |
| 3/11/2020 | Corr w client re Modification | 0.1 | | | | |
| 3/11/2020 | Draft Revised Plan | 0.4 | | | | |
| 3/15/2020 | Corr w cli re adding matters to plan | 0.1 | | | | |
| 3/16/2020 | Corr w cli re amended plan | 0.1 | Note: Redundant tasks have not been billed, nor has paralegal time. | | | |
| 3/16/2020 | Finalize Ch13 Plan | 0.1 | | | | |
| 4/1/2020 | Corr re bankruptcy correspondence re servicer | 0.1 | | | | |
| 4/15/2020 | Revise Mod Plan per comments | 0.4 | | | | |
| 5/20/2020 | Corr w cli re payment | 0.1 | | | | |
| 7/1/2020 | Revise Mod Plan to account for extension (.2); corr w cli same (.2) | 0.6 | | | | |
| 7/6/2020 | Corr w Client re exended period | 0.1 | | | | |
| 8/18/2020 | Corr w Debtor re COVID related circs | 0.1 | | | | |
| 8/25/2020 | Corr w Trustee's counsel re basis for COVID related relief | 0.2 | | | | |
| 8/26/2020 | Amend Motion | 0.1 | | | | |
| 9/9/2020 | Corr w trustee's counsel re continuation and grouping of MTD | 0.1 | | | | |
| 9/12/2020 | CNO plan | 0.1 | | | | |
| 9/24/2020 | Attend hearing | 0.3 | | | | |
| 9/25/2020 | Review order | 0.1 | | | | |
| 11/20/2020 | Review forebearance notice | 0.1 | | | | |
| 1/8/2021 | Draft supplemental application for compensation | 0.2 | | | | |