**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Marcia Samuel,** | : | Chapter 13 |
| **Debtor** | : | Bky. No. 16-11833 PMM |

---

# O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. no. 114) filed by the Debtor's counsel, Mark Billion ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $1,500.00 for services performed from November 1, 2018 through January 8, 2021. Expenses are allowed in the amount of $00.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** March 8, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**