Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 16-11833-PMM**

MARCIA SAMUEL  
246 S WALNUT ST.  
BATH  PA    18014

Petition Filed Date: 03/17/2016  
341 Hearing Date: 05/24/2016  
Confirmation Date: 01/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,451.00 | | 02/18/2020 | $900.00 | | 03/17/2020 | $1,451.00 | |
| 05/11/2020 | $1,913.00 | | 06/11/2020 | $1,913.00 | | 07/08/2020 | $1,913.00 | |
| 09/08/2020 | $536.00 | | 10/06/2020 | $536.00 | | 11/04/2020 | $536.00 | |
| 12/07/2020 | $536.00 | | 01/05/2021 | $536.00 | | 02/05/2021 | $536.00 | |
| 03/04/2021 | $536.00 | | 03/29/2021 | $536.00 | | 05/04/2021 | $536.00 | |
| 06/03/2021 | $536.00 | | | | | | | |

**Total Receipts for the Period:  $14,901.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $59,901.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»»  001 | Secured Creditors | $29,258.73 | $22,495.35 | $6,763.38 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $612.20 | $0.00 | $612.20 |
| 5 | BOROUGH OF BATH<br>»»  005 | Secured Creditors | $1,090.43 | $0.00 | $1,090.43 |
| 6 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  006 | Mortgage Arrears | $21,105.53 | $21,105.53 | $0.00 |
| 6 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  06B | Mortgage Arrears | $6,727.96 | $6,727.96 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  003 | Unsecured Creditors | $713.49 | $0.00 | $713.49 |
| 4 | ORION PORTFOLIO SERVICES LLC<br>»»  004 | Unsecured Creditors | $174.49 | $0.00 | $174.49 |
| 7 | MARK MATTHEW BILLION ESQUIRE<br>»»  007 | Attorney Fees | $2,036.00 | $2,036.00 | $0.00 |
| 7 | MARK MATTHEW BILLION ESQUIRE<br>»»  07B | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | MARK MATTHEW BILLION ESQUIRE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 16-11833-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $59,901.00 | Current Monthly Payment: | $536.00 |
| Paid to Claims: | $54,364.84 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,053.76 | Total Plan Base: | $71,693.00 |
| Funds on Hand: | $482.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.