| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 16-11833-PMM

MARCIA SAMUEL
246 S WALNUT ST.
BATH  PA   18014

Petition Filed Date: 03/17/2016
341 Hearing Date: 05/24/2016
Confirmation Date: 01/12/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2021 | $536.00 | | 06/03/2021 | $536.00 | | 07/02/2021 | $536.00 | |
| 08/04/2021 | $536.00 | | 09/01/2021 | $536.00 | | 10/06/2021 | $536.00 | |
| 11/01/2021 | $536.00 | | 11/30/2021 | $536.00 | | 01/06/2022 | $536.00 | |
| 02/09/2022 | $536.00 | | 03/07/2022 | $536.00 | | 04/05/2022 | $536.00 | |
| 05/06/2022 | $536.00 | | 06/01/2022 | $536.00 | | 07/01/2022 | $536.00 | |
| 08/03/2022 | $536.00 | | | | | | | |

**Total Receipts for the Period: $8,576.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $67,405.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $29,258.73 | $29,258.73 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $612.20 | $0.00 | $612.20 |
| 5 | BOROUGH OF BATH<br>»» 005 | Secured Creditors | $1,090.43 | $97.42 | $993.01 |
| 6 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 006 | Mortgage Arrears | $21,105.53 | $21,105.53 | $0.00 |
| 6 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 06B | Mortgage Arrears | $6,727.96 | $6,727.96 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $713.49 | $0.00 | $713.49 |
| 4 | ORION PORTFOLIO SERVICES LLC<br>»» 004 | Unsecured Creditors | $174.49 | $0.00 | $174.49 |
| 7 | MARK MATTHEW BILLION ESQUIRE<br>»» 007 | Attorney Fees | $2,036.00 | $2,036.00 | $0.00 |
| 7 | MARK MATTHEW BILLION ESQUIRE<br>»» 07B | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | MARK MATTHEW BILLION ESQUIRE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 7 | I C System | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ENHANCED RECOVERY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | MOBILOANSLLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 16-11833-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $67,405.00 | Current Monthly Payment: | $536.00 |
| Paid to Claims: | $61,225.64 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,686.24 | Total Plan Base: | $71,693.00 |
| Funds on Hand: | $493.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.