## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marcia Samuel aka Marcia Woods<br>　　　　　　Debtor | Chapter 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F<br>　　　　　　Movant<br>　　vs. | NO. 16-11833 PMM |
| Marcia Samuel aka Marcia Woods<br>　　　　　　Debtor | 11 U.S.C. Section 362 |
| and Scott Waterman, Esq.<br>　　　　　　Trustee | |

### ORDER

AND NOW, this 27th day of September, 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 18, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises: 246 South Walnut Street, Bath, PA 18014.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_
United States Bankruptcy Judge.