United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-11833-pmm

Marcia Samuel     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Sep 27, 2022     Form ID: pdf900     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia Samuel, 246 S Walnut St., Bath, PA 18014-1031 |
| cr | + | Borough of Bath, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 27 2022 23:42:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 27 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2022 23:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, tx 76096-3853 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 27 2022 23:42:00 | CARRINGTON MTS SERV WILMINGTON SAVINGS, 1600 S. DOUGLASS RD, ANAHEIM, CA 92806-5948 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:45:31 | Orion, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| NONE | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 27 2022 23:42:00 | Wilmington Savings Fund Society, FSB, as trustee o, 1600 S. Douglass RD, Anaheim, CA 92806-5948 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 8 |

Date: Sep 29, 2022         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

**Name**             **Email Address**

BRIAN CRAIG NICHOLAS
 on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
 on behalf of Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
 on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
 on behalf of Creditor Borough of Bath jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN
 on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN S. FRANKEL
 on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

LISA MARIE CIOTTI
 on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MARK MATTHEW BILLION
 on behalf of Debtor Marcia Samuel markbillion@billionlaw.com  mmb21167@fastpacer.us

MATTEO SAMUEL WEINER
 on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
 on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

THOMAS I. PULEO
 on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Marcia Samuel aka Marcia Woods<br>　　　　　　　　Debtor | Chapter 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F<br>　　　　　　　　Movant<br>　　vs. | NO. 16-11833 PMM |
| Marcia Samuel aka Marcia Woods<br>　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| and Scott Waterman, Esq.<br>　　　　　　　　Trustee | |

**ORDER**

AND NOW, this  27th  day of  September , 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 18, 2017,   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises: 246 South Walnut Street, Bath, PA 18014.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge.