United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-11833-pmm

Marcia Samuel                                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                    Page 1 of 3

Date Rcvd: Apr 13, 2023                     Form ID: 138OBJ                         Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia Samuel, 246 S Walnut St., Bath, PA 18014-1031 |
| 13766512 | + | Borough of Bath, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13772504 | | Borough of Bath, c/o James R. Wood, Esq., 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 13692659 | + | CHASE MTG, 10790 RANCHO BERNA, None, SAN DIEGO, CA 92127-5705 |
| 13835397 | | JP Morgan Chase, PO BOX 24686, Mail Code OH4-7302, Columbus, OH 43224 |
| 13839547 | + | JP Morgan Chase Bank, NA, c/o Thomas Puleo, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13699866 | + | JP Morgan Chase Bank, NA, c/o Joshua I. Goldman, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14409015 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esq., Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14408755 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13692669 | ++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153 address filed with court:, MUNCPL CR UN, 185 MONTAGUE ST, None, BROOKLYN, NY 11201 |
| 13692657 | + | Marcia Samuel, 246 S Walnut St., Bath, PA, BATH, PA 18014-1031 |
| 13692658 | + | Mark M. Billion, Billion Law, 922 New Road, Suite 2, WILMINGTON, DE 19805-5199 |
| 13692668 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, US DEP ED, 501 BLEEKER STREET, None, UTICA, NY 13502 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 14 2023 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 14 2023 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13692660 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 14 2023 00:11:00 | AMERICREDIT, 4001 EMBARCADARO, None, ARLINGTON, TX 76014 |
| 13698306 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 14 2023 00:11:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 13700828 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 14 2023 00:11:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13692662 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 00:12:08 | CAPITAL 1 BK, 11013 W BROAD ST, None, GLEN ALLEN, VA 23060-6017 |
| 13706622 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 00:12:12 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13692665 | + | Email/Text: bknotice@ercbpo.com | Apr 14 2023 00:11:00 | ERC, PO BOX 57547, None, JACKSONVILLE, FL 32241-7547 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 13692663 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 14 2023 00:11:00 | I C SYSTEM, PO BOX 64378, None, SAINT PAUL, MN 55164-0378 |
| 13692670 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2023 00:12:12 | CHASE, P.O. BOX 15298, None, WILMINGTON, DE 19850 |
| 13899894 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2023 00:12:13 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 13692661 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2023 00:11:00 | MIDLAND FUND, 2365 NORTHSIDE DRI SUITE 300, None, SAN DIEGO, CA 92108-2710 |
| 13707898 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2023 00:11:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13692666 | ^ | MEBN | Apr 14 2023 00:05:25 | MOBILOANSLLC, PO BOX 1409, None, MARKSVILLE, LA 71351-1409 |
| 13745015 | | Email/PDF: rmscedi@recoverycorp.com | Apr 14 2023 00:12:07 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 14113791 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 14 2023 00:12:07 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13697619 | | Email/PDF: rmscedi@recoverycorp.com | Apr 14 2023 00:12:07 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13692667 | + | Email/Text: bncmail@w-legal.com | Apr 14 2023 00:11:00 | TARGET N.B., PO BOX 673, None, MINNEAPOLIS, MN 55440-0673 |
| 14492959 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 14 2023 00:11:00 | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13692671 | | ally fin, Not Available, None, NA, NA NA |
| 13692664 | | trident, Not Available, None, NA, NA NA |
| 13847669 | *+ | JP Morgan Chase Bank, NA, c/o Thomas Puleo, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023          Signature:          /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 13, 2023 | Form ID: 138OBJ | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Bath jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARK MATTHEW BILLION | on behalf of Debtor Marcia Samuel markbillion@billionlaw.com  mmb21167@fastpacer.us |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marcia Samuel

             Debtor(s)

Case No: 16−11833−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/13/23