**Fill in this information to identify the case:**

Debtor 1 __Marcia Samuel_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __Pennsylvania__

Case number __16-11833_____

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F

**Court claim no.** (if known): 7-2

**Last 4 digits** of any number you use to identify the debtor's account: _2_ _9_ _0_ _6_

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | each date must be included for each inspection | (10) | $ _____ |
| 11. Other. Specify: City-County Registration fee | 11/29/20 | (11) | $ 200.00 |
| 12. Other. Specify: Property Re-registration fee | 11/29/20 | (12) | $ 140.00 |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   <u>Marcia Samuel</u>

First Name      Middle Name        Last Name

Case number *(if known)* <u>16-11833</u>

---

**Part 2:**   **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ Diane Tran</u>
   Signature

Date  <u>04/02/2021</u>

Print:   <u>Diane Tran</u>
   First Name        Middle Name        Last Name

Title   <u>Authorized Agent</u>

Company   <u>Liepold, Harrison & Associates, PLLC</u>

Address   <u>1425 Greenway Drive, Suite 250</u>
   Number          Street
   <u>Irving,</u>                     <u>TX</u>      <u>75038</u>
   City                      State      ZIP Code

Contact phone   <u>800.349.1254</u>

Email  <u>dtran@lha-law.com</u>

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Pennsylvania

*In Re:*    Marcia Samuel                                    Case No   16-11833

**Debtor(s)**

**Chapter 13**

<u>**CERTIFICATE OF SERVICE**</u>

I hearby certify that on 04/02/2021 a true and correct copy of the foregoing Post-Petition Fee Notice was served upon all interested parties pursuant to the Court's CM/ECF system.

By:<u>/s/Diane Tran</u>

Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust
c/o Carrington Mortgage Services, LLC
1425 Greenway Drive, Suite 250
Irving, TX  75038

<u>Debtor through the debtor's attorney of record</u>
Marcia Samuel
246 S Walnut St.
Bath, PA 18014

<u>Debtor's Counsel</u>
MARK MATTHEW BILLION
Billion Law
1073 S Govenors Ave
Dover, DE 19904

<u>Trustee</u>
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

<u>US Trustee</u>
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

