**Fill in this information to identity the case:**

Debtor 1  Marcia Samuel

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  16-11833

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F

**Court claim no.** (if known): 7-2

**Last 4 digits** of any number you use to identify the debtor's account:  2  9  0  6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | each date must be included for each inspection | (10) | $ _____ |
| 11. Other. Specify: City/County Renewal Fee | 11/23/2021 | (11) | $  200.00 |
| 12. Other. Specify: Registration Renewal Fee | 11/23/2021 | (12) | $  40.00 |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   <u>Marcia</u>                    <u>Samuel</u>                    Case number *(if known)* <u>16-11833</u>
        First Name   Middle Name   Last Name

---

**Part 2:**  **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Shabrena Lynch-Horton</u>                    Date <u>02/09/2022</u>
    Signature

Print:   <u>Shabrena Lynch-Horton</u>                    Title  <u>Authorized Agent</u>
    First Name   Middle Name   Last Name

Company   <u>Liepolid, Harrison & Associates, PLLC</u>

Address   <u>1425 Greenway Drive, Suite 250</u>
    Number   Street
<u>Irving,</u>                              <u>TX</u>      <u>75038</u>
City                              State   ZIP Code

Contact phone  <u>800.349.1254</u>           Email <u>PCNInquiries@lha-law.com</u>

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Pennsylvania

*In Re:* Marcia Samuel

**Case No** 16-11833

**Debtor(s)**

**Chapter 13**

**CERTIFICATE OF SERVICE**

    I hearby certify that on  2/9/2022,    a true and correct copy of the foregoing Post-Petition Fee Notice was served upon all interested parties pursuant to the Court's CM/ECF system.

By: /s/Shabrena Lynch-Horton

Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust
c/o Carrington Mortgage Services, LLC
1425 Greenway Drive, Suite 250
Irving, TX  75038

Debtor through the debtor's attorney of record
Marcia Samuel
246 S Walnut St.
Bath, PA 18014


Debtor's Counsel
Mark Matthew Billion
markbillion@billionlaw.com



Trustee
Scott F. Waterman
ECFMail@ReadingCh13.com



US Trustee
Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov



# INVOICING Invoice Detail

Carrington Mortgage Services, LLC / Laquita Jimerson

| Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold | 21 of 26 | << >> |

| | | | |
|---|---|---|---|
| Vendor | Mortgage Contracting Services, LLC | Regarding: | Invoice Number: VPR015052247 |
| Address: | 4890 West Kennedy Blvd. Suite 500 Tampa, FL 33609 | MARCIA A SAMUEL 246 S WALNUT ST BATH, PA 18014 | Invoice Status: Check Requested Loan No.: Acquisition Date: |
| Payee Code: | 62171 | | Loan Type: USDA |
| Vendor Contact: | Nicole Potts | | Asset No.: |
| Vendor Ref #: | VPR015052247 | | REO Loan Status: N/A |
| Servicer: | Carrington Mortgage Services, LLC | Investor Loan #: | REO Loan Status Date: N/A |
| Inv. ID / Cat. ID | 02365/00002 | | Order Date: 11/23/2021 |
| Investor Name: | SMLT 2019-8 FHA/USDA 60+ A | | Completion Date: 11/23/2021 |
| Invoice ID: | 296734596 | | Loan Location: |
| Class Code: | | | Submitted Date: 11/24/2021 |
| Entity Code: | 0 | | Vendor Invoice Date: 11/23/2021 |
| GSE Code: | | | Paid In Full Date: N/A |
| GSE REO Rem. Code: | | | Foreclosure Removal Date: N/A |
| HiType: | | | MS Status: N/A |
| Litigation Status Code: | | | Relief Requested Date: N/A |
| Man Code: | | | Protection Begin Date: N/A |
| | | | Protection End Date: N/A |

**Original Mortgage Amount:** $0.00
**Principal Balance as of invoice create date:** $159,718.47
**Principal Balance as of today's date:** $158,839.03

**Property Pres. - Property Preservation Services**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 11/24/2021 | 12/01/2021 | 02/01/2022 | | 12/01/2021 | 12/01/2021 | | 8 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| Costs | Total: | $240.00 | Invoicing Prev. Billed: | $340.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| Totals | Inv Amt: | $240.00 | Prev. Billed: | $340.00 | Loan Total Fees/Costs Prev.Billed: | $340.00 | Exc Ord Allw: | |

**Costs**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Property Services | Vacant Property Registration City/County Fee | | | 11/23/21 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |
| | | | | Note: Vacant Property Registration City/County Fee - Renewal | | | | | | | | | |
| A | | | C | Property Services | Vacant Property Registration Fee | | | 11/23/21 | 1 | $40.00 | $40.00 | $0.00 | $40.00 |
| | | | | Note: Vacant Property Registration Fee - Renewal | | | | | | | | | |
| | | | | | | | | | **Total:** | | $240.00 | $0.00 | $240.00 |
| | | | | | | | | | **Invoice Total:** | | $240.00 | $0.00 | $240.00 |