**Fill in this information to identify the case:**

Debtor 1: Marcia Samuel

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania (State)

Case number: 16-11833

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F

Court claim no. (if known): 7-2

Last 4 digits of any number you use to identify the debtor's account: 2 9 0 6

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Notice of Default Fee | 05/05/2022 | (11) | $ 50.00 |
| 12. Other. Specify: Exterior Comparative Market Analysis Fee | 07/01/2022 | (12) | $ 100.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1  __Marcia Samuel__
           First Name    Middle Name    Last Name

Case number (*if known*) __16-11833__

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/Jerden Woodhouse__
    Signature

Date __09__ / __30__ / __2022__

Print: __Jerden Woodhouse__
        First Name    Middle Name    Last Name

Title __Authorized Agent__

Company __Liepold, Harrison & Associates, PLLC__

Address __1425 Greenway Drive, Suite 250__
         Number        Street
__Irving__                    __TX__    __75038__
City                          State    ZIP Code

Contact phone ( __800__ ) __349__ – __1254__

Email __PCNInquiries@lha-law.com__

# UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

*In Re:* Marcia Samuel                                          Case No 16-11833

**Debtor(s)**

## Chapter 13

### CERTIFICATE OF SERVICE

I hearby certify that on 9/30/2022, a true and correct copy of the foregoing Post-Petition Fee Notice was served upon all interested parties pursuant to the Court's CM/ECF system.

By:/s/ Jerden Woodhouse

Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F
c/o Carrington Mortgage Services, LLC
1425 Greenway Drive, Suite 250
Irving, TX 75038

Debtor through the debtor's attorney of record
Marcia Samuel
246 S Walnut St.
Bath, PA 18014

Debtor's Counsel
Mark Matthew Billion
markbillion@billionlaw.com

Trustee
Scott F. Waterman
ECFMail@ReadingCh13.com

US Trustee
Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov



**INVOICING** Invoice Detail · IP · Carrington Mortgage Services, LLC / Laquita Jimerson

| Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff | Loan#: | Go |

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold      36 of 41 | << >>

| | | | |
|---|---|---|---|
| Vendor | Consolidated Analytics Asset Management LLC | Regarding: | |
| Address: | 1 MacArthur Place, Ste 100 | MARCIA A SAMUEL | |
| | Santa Ana, CA 92707-5928 | 246 S WALNUT ST | |
| Payee Code: | 1 | BATH, PA 18014 | |
| Vendor Contact: | Vinothini Vishwanathan | | |
| Vendor Ref #: | | | |
| Servicer: | Carrington Mortgage Services, LLC | | |
| Inv. ID / Cat. ID | **02365/00002** | Investor Loan #: | |
| Investor Name: | **SMLT 2019-8 FHA/USDA 60+ A** | | |
| Invoice ID: | 306326365 | | |
| Class Code: | | | |
| Entity Code: | 0 | | |
| GSE Code: | | | |
| GSE REO Rem. Code: | | | |
| HiType: | | | |
| Litigation Status Code: | | | |
| Man Code: | | | |

| | |
|---|---|
| Invoice Number: | **3972210.1** |
| Invoice Status: | Check Confirmed (Exc) |
| Loan No.: | |
| Acquisition Date: | |
| Loan Type: | USDA |
| Asset No.: | |
| REO Loan Status: | N/A |
| REO Loan Status Date: | N/A |
| Order Date: | 6/28/2022 |
| Completion Date: | 7/5/2022 |
| Loan Location: | |
| Submitted Date: | **7/11/2022** |
| Vendor Invoice Date: | 7/11/2022 |
| Paid In Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status: | N/A |
| Relief Requested Date: | N/A |
| Protection Begin Date: | N/A |
| Protection End Date: | N/A |

**Original Mortgage Amount:** $0.00
**Principal Balance as of invoice create date:** $156,174.19
**Principal Balance as of today's date:** $154,826.73

**BPO - BPO Services**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 07/11/2022 | 09/28/2022 | 09/28/2022 | | 07/12/2022 | 07/12/2022 | 07/15/2022 | 2 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| **Costs** | Total: | $100.00 | Invoicing Prev. Billed: | $500.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | **Inv Amt:** | **$100.00** | **Prev. Billed:** | **$500.00** | **Loan Total Fees/Costs Prev.Billed:** | **$1,949.12** | **Exc Ord Allw:** | |

**Costs**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Valuation Costs | Exterior Comparative Market Analysis | | | 07/01/22 | 1 | $100.00 | $100.00 | $0.00 | $100.00 |
| | | | | **Note:** Exterior CMA-5-Day Invoice | | | | | | | | | |
| | | | | **Exceptions:** No Image Provided | | | | | | | | | |
| | | | | | | | | | | Total: | $100.00 | $0.00 | $100.00 |
| | | | | | | | | | | **Invoice Total:** | **$100.00** | **$0.00** | **$100.00** |