**Fill in this information to identify the case:**

Debtor 1    Marcia  Samuel

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA

Case number   16-11833 PMM

Form 4100R

# Response to Notice of Final Cure Payment                                  10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of Creditor:**    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F

**Court claim no.** (if known):    No. 7-2

**Last 4 digits** of any number you use to identify the debtor's account:    2906

**Property address:**
246 South Walnut Street
Bath, PA 18014

## Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $ 13,440.74 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 33.53 |
| c. **Total.** Add lines a and b. | (c) | $ 13,474.27 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06 / 01 / 2022

Debtor(s)    Marcia  Samuel
First Name    Middle Name    Last Name

Case Number *(if known)*: 16-11833 PMM

| **Part 4:** | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘/s/  Micahel P. Farrington          Date    04/13/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

| Transaction Type | Transaction Date | Amount Received | Contractual Due Date | Amount due Per PCN Table | Contractual Applied | Pre Suspense Balance Principal | Pre Suspense Balance Interest | Escrow | Contractual Over/Short | Credit to Contractual Suspense | Debit from Contractual Suspense | Contractual Suspense | Credit to Pre-Petition-P&I Suspense | Pre-Petition-P&I Suspense | Pre-suspense Balance | Post-Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | BK Filed Date | $0.00 | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 4/20/2016 | $904.16 | 11/1/2014 | $904.16 | $904.16 | $361.46 | $477.01 | $65.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 4/20/2016 | $302.84 | | | | | | | $302.84 | $302.84 | $0.00 | $302.84 | $0.00 | $0.00 | $0.00 | $302.84 |
| Post-Petition | 6/7/2016 | $902.76 | 12/1/2014 | $904.16 | $902.76 | $362.36 | $476.11 | $64.29 | $0.00 | $0.00 | $0.00 | $302.84 | $0.00 | $0.00 | $0.00 | $302.84 |
| Post-Petition | 6/7/2016 | $302.24 | | | | | | | $302.24 | $302.24 | $0.00 | $605.08 | $0.00 | $0.00 | $0.00 | $605.08 |
| Post-Petition | 7/19/2016 | $902.76 | 1/1/2015 | $904.16 | $902.76 | $363.26 | $475.21 | $64.29 | $0.00 | $0.00 | $0.00 | $605.08 | $0.00 | $0.00 | $0.00 | $605.08 |
| Post-Petition | 7/19/2016 | $302.79 | | | | | | | $302.79 | $302.79 | $0.00 | $907.87 | $0.00 | $0.00 | $0.00 | $907.87 |
| Applied from Post-Susp | 7/20/2016 | -$902.76 | 2/1/2015 | $904.16 | $902.76 | $364.17 | $474.30 | $64.29 | -$902.76 | $0.00 | $902.76 | $5.11 | $0.00 | $0.00 | $0.00 | $5.11 |
| Post-Petition | 9/12/2016 | $902.76 | 3/1/2015 | $904.16 | $902.76 | $365.08 | $473.39 | $64.29 | $0.00 | $0.00 | $0.00 | $5.11 | $0.00 | $0.00 | $0.00 | $5.11 |
| Post-Petition | 9/12/2016 | $304.24 | | | | | | | $304.24 | $304.24 | $0.00 | $309.35 | $0.00 | $0.00 | $0.00 | $309.35 |
| Post-Petition | 11/7/2016 | $902.76 | 4/1/2015 | $904.16 | $902.76 | $366.00 | $472.47 | $64.29 | $0.00 | $0.00 | $0.00 | $309.35 | $0.00 | $0.00 | $0.00 | $309.35 |
| Post-Petition | 11/7/2016 | $304.79 | | | | | | | $304.79 | $304.79 | $0.00 | $614.14 | $0.00 | $0.00 | $0.00 | $614.14 |
| Post-Petition | 12/16/2016 | $902.76 | 5/1/2015 | $904.16 | $902.76 | $366.91 | $471.56 | $64.29 | $0.00 | $0.00 | $0.00 | $614.14 | $0.00 | $0.00 | $0.00 | $614.14 |
| Post-Petition | 12/16/2016 | $303.79 | | | | | | | $303.79 | $305.79 | $0.00 | $917.93 | $0.00 | $0.00 | $0.00 | $917.93 |
| Applied from Post-Susp | 12/19/2016 | -$902.76 | 6/1/2015 | $904.16 | $902.76 | $367.83 | $470.64 | $64.29 | -$902.76 | $0.00 | $902.76 | $15.17 | $0.00 | $0.00 | $0.00 | $15.17 |
| Post-Petition | 2/1/2017 | $902.76 | 7/1/2015 | $904.16 | $902.76 | $368.75 | $469.72 | $64.29 | $0.00 | $0.00 | $0.00 | $15.17 | $0.00 | $0.00 | $0.00 | $15.17 |
| Post-Petition | 2/1/2017 | $3.79 | | | | | | | $3.79 | $3.79 | $0.00 | $18.96 | $0.00 | $0.00 | $0.00 | $18.96 |
| Post-Petition | 3/24/2017 | $902.76 | 8/1/2015 | $904.16 | $902.76 | $369.67 | $468.80 | $64.29 | $0.00 | $0.00 | $0.00 | $18.96 | $0.00 | $0.00 | $0.00 | $18.96 |
| Post-Petition | 3/24/2017 | $304.79 | | | | | | | $304.79 | $304.79 | $0.00 | $323.75 | $0.00 | $0.00 | $0.00 | $323.75 |
| Pre-Petition-P&I | 4/4/2017 | $7,140.30 | | | | | | | $7,140.30 | $7,140.30 | $0.00 | $7,464.05 | $7,140.30 | $0.00 | $7,140.30 | $323.75 |
| Applied from Pre-Suspe | 4/5/2017 | -$820.98 | 9/1/2015 | $904.16 | $902.76 | $370.59 | $467.88 | $64.29 | -$820.98 | $0.00 | $820.98 | $6,643.07 | $0.00 | $820.98 | $6,319.32 | $323.75 |
| Applied from Pre-Suspe | 4/5/2017 | -$902.76 | 10/1/2015 | $904.16 | $902.76 | $371.52 | $466.95 | $64.29 | -$902.76 | $0.00 | $902.76 | $5,740.31 | $0.00 | $902.76 | $5,416.56 | $323.75 |
| Applied from Pre-Suspe | 4/5/2017 | -$902.76 | 11/1/2015 | $904.16 | $902.76 | $372.45 | $466.02 | $64.29 | -$902.76 | $0.00 | $902.76 | $4,837.55 | $0.00 | $902.76 | $4,513.80 | $323.75 |
| Applied from Pre-Suspe | 4/5/2017 | -$902.76 | 12/1/2015 | $904.16 | $902.76 | $373.38 | $465.09 | $64.29 | -$902.76 | $0.00 | $902.76 | $3,934.79 | $0.00 | $902.76 | $3,611.04 | $323.75 |
| Applied from Pre-Suspe | 4/5/2017 | -$902.76 | 1/1/2016 | $904.16 | $902.76 | $374.31 | $464.16 | $64.29 | -$902.76 | $0.00 | $902.76 | $3,032.03 | $0.00 | $902.76 | $2,708.28 | $323.75 |
| Applied from Pre-Suspe | 4/5/2017 | -$902.76 | 2/1/2016 | $904.16 | $902.76 | $375.25 | $463.22 | $64.29 | -$902.76 | $0.00 | $902.76 | $2,129.27 | $0.00 | $902.76 | $1,805.52 | $323.75 |
| Applied from Pre-Suspe | 4/5/2017 | -$902.76 | 3/1/2016 | $904.16 | $902.76 | $376.19 | $462.28 | $64.29 | -$902.76 | $0.00 | $902.76 | $1,226.51 | $0.00 | $902.76 | $902.76 | $323.75 |
| Applied from Pre-Suspe | 4/5/2017 | -$902.76 | | | | | | | -$902.76 | $0.00 | $902.76 | $323.75 | $0.00 | $902.76 | $0.00 | $323.75 |
| Post-Petition | 5/18/2017 | $1,238.51 | | | | | | | $1,238.51 | $1,238.51 | $0.00 | $1,562.26 | $0.00 | $0.00 | $0.00 | $1,562.26 |
| Applied from Post-Susp | 5/19/2017 | -$1,228.55 | 4/1/2016 | $1,228.55 | $1,228.55 | $377.13 | $461.34 | $390.08 | -$1,228.55 | $0.00 | $1,228.55 | $333.71 | $0.00 | $0.00 | $0.00 | $333.71 |
| Pre-Petition-P&I | 5/31/2017 | $288.98 | | | | | | | $288.98 | $288.98 | $0.00 | $622.69 | $288.98 | $288.98 | $0.00 | $333.71 |
| Payment - Agreed-Orde | 5/31/2017 | $139.22 | | | | | | | $139.22 | $139.22 | $0.00 | $761.91 | $0.00 | $0.00 | $288.98 | $333.71 |
| Applied from Pre-Suspe | 6/1/2017 | -$169.02 | | | | | | | -$169.02 | $0.00 | $169.02 | $592.89 | $0.00 | $169.02 | $119.96 | $333.71 |
| Applied from Pre-Suspe | 6/2/2017 | -$130.12 | | | | | | | -$130.12 | $0.00 | $130.12 | $462.77 | $10.16 | $130.12 | $0.00 | $323.55 |
| Applied from Pre-Suspe | 6/5/2017 | -$58.00 | | | | | | | -$58.00 | $0.00 | $58.00 | $404.77 | $58.00 | $58.00 | $0.00 | $265.55 |
| Applied from Pre-Suspe | 6/6/2017 | -$52.50 | | | | | | | -$52.50 | $0.00 | $52.50 | $352.27 | $52.50 | $52.50 | $0.00 | $213.05 |
| Applied from Pre-Suspe | 6/7/2017 | -$18.56 | | | | | | | -$18.56 | $0.00 | $18.56 | $333.71 | $18.56 | $18.56 | $0.00 | $194.49 |
| Post-Petition | 6/26/2017 | $1,237.27 | | | | | | | $1,237.27 | $1,237.27 | $0.00 | $1,570.98 | $0.00 | $0.00 | $0.00 | $1,431.76 |
| Applied from Post-Susp | 6/27/2017 | -$1,228.55 | 5/1/2016 | $1,228.55 | $1,228.55 | $378.07 | $460.40 | $390.08 | -$1,228.55 | $0.00 | $1,228.55 | $342.43 | $0.00 | $0.00 | $0.00 | $203.21 |
| Applied from Post-Susp | 6/27/2017 | $0.00 | | | | | | | $0.00 | $0.00 | $0.00 | $342.43 | $0.00 | $0.00 | $0.00 | $203.21 |
| Post-Petition | 7/20/2017 | $1,237.27 | | | | | | | $1,237.27 | $1,237.27 | $0.00 | $1,579.70 | $0.00 | $0.00 | $0.00 | $1,440.48 |
| Applied from Post-Susp | 7/21/2017 | -$1,238.51 | 6/1/2016 | $1,238.51 | $1,238.51 | $379.02 | $459.45 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $341.19 | $0.00 | $0.00 | $0.00 | $201.97 |
| Pre-Petition-P&I | 7/27/2017 | $626.42 | | | | | | | $626.42 | $626.42 | $0.00 | $967.61 | $626.42 | $626.42 | $0.00 | $201.97 |

| Transaction Type | Transaction Date | Amount Received | Contractual Due Date | Amount due Per PCN Table | Contractual Applied | Principal | Interest | Escrow | Contractual Over/Short | Credit to Contractual Suspense | Debit from Contractual Suspense | Contractual Suspense | Credit to Pre-Petition-P&I Suspense | Pre-Petition P&I Suspense | Pre-suspense Balance | Post-Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment - Agreed-Order | 7/27/2017 | $301.78 | | | | | | | $301.78 | $301.78 | $0.00 | $1,269.39 | $0.00 | $0.00 | $626.42 | $201.97 |
| Applied from Pre-Suspense | 7/28/2017 | -$928.20 | | | | | | $928.20 | -$928.20 | $0.00 | $928.20 | $341.19 | $301.78 | $928.20 | $0.00 | $0.00 |
| Post-Petition | 8/21/2017 | $1,237.27 | | | | | | | $1,237.27 | $1,237.27 | $0.00 | $1,578.46 | $0.00 | $0.00 | $0.00 | $1,237.27 |
| Applied from Post-Suspense | 8/22/2017 | -$1,238.51 | 7/1/2016 | $1,238.51 | $1,238.51 | $379.96 | $458.51 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $339.95 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pre-Petition-P&I | 8/25/2017 | $629.86 | | | | | | | $629.86 | $629.86 | $0.00 | $969.81 | $629.86 | $0.00 | $629.86 | $0.00 |
| Payment - Agreed-Order | 8/25/2017 | $303.44 | | | | | | | $303.44 | $303.44 | $0.00 | $1,273.25 | $303.44 | $0.00 | $629.86 | $0.00 |
| Applied from Pre-Suspense | 8/28/2017 | -$933.30 | | | | | | $933.30 | -$933.30 | $0.00 | $933.30 | $339.95 | $303.44 | $933.30 | $0.00 | $0.00 |
| Post-Petition | 9/25/2017 | $1,237.27 | | | | | | | $1,237.27 | $1,237.27 | $0.00 | $1,577.22 | $0.00 | $0.00 | $0.00 | $1,237.27 |
| Applied from Post-Suspense | 9/26/2017 | -$1,238.51 | 8/1/2016 | $1,238.51 | $1,238.51 | $380.91 | $457.56 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $338.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pre-Petition-P&I | 10/2/2017 | $629.86 | | | | | | | $629.86 | $629.86 | $0.00 | $968.57 | $629.86 | $0.00 | $629.86 | $0.00 |
| Payment - Agreed-Order | 10/2/2017 | $303.44 | | | | | | | $303.44 | $303.44 | $0.00 | $1,272.01 | $303.44 | $0.00 | $629.86 | $0.00 |
| Applied from Pre-Suspense | 10/3/2017 | -$933.30 | | | | | | $933.30 | -$933.30 | $0.00 | $933.30 | $338.71 | $303.44 | $933.30 | $0.00 | $0.00 |
| Post-Petition | 10/26/2017 | $1,237.27 | | | | | | | $1,237.27 | $1,237.27 | $0.00 | $1,575.98 | $0.00 | $0.00 | $0.00 | $1,237.27 |
| Pre-Petition-P&I | 10/26/2017 | $629.86 | | | | | | | $629.86 | $629.86 | $0.00 | $2,205.84 | $629.86 | $0.00 | $629.86 | $1,237.27 |
| Payment - Agreed-Order | 10/27/2017 | $303.44 | | | | | | | $303.44 | $303.44 | $0.00 | $2,509.28 | $303.44 | $0.00 | $629.86 | $1,237.27 |
| Applied from Post-Suspense | 10/27/2017 | -$1,238.51 | 9/1/2016 | $1,238.51 | $1,238.51 | $381.87 | $456.60 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $1,270.77 | $0.00 | $0.00 | $629.86 | $0.00 |
| Applied from Pre-Suspense | 10/30/2017 | -$933.30 | | | | | | $933.30 | -$933.30 | $0.00 | $933.30 | $337.47 | $303.44 | $933.30 | $0.00 | $0.00 |
| Post-Petition | 12/1/2017 | $1,237.27 | | | | | | | $1,237.27 | $1,237.27 | $0.00 | $1,574.74 | $0.00 | $0.00 | $0.00 | $1,237.27 |
| Applied from Post-Suspense | 12/4/2017 | -$1,238.51 | 10/1/2016 | $1,238.51 | $1,238.51 | $382.82 | $455.65 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $336.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pre-Petition-P&I | 12/26/2017 | $625.04 | | | | | | | $625.04 | $625.04 | $0.00 | $961.27 | $625.04 | $0.00 | $625.04 | $0.00 |
| Payment - Agreed-Order | 12/26/2017 | $301.12 | | | | | | | $301.12 | $301.12 | $0.00 | $1,262.39 | $301.12 | $0.00 | $625.04 | $0.00 |
| Applied from Pre-Suspense | 12/27/2017 | -$926.16 | | | | | | $926.16 | -$926.16 | $0.00 | $926.16 | $336.23 | $301.12 | $926.16 | $0.00 | $0.00 |
| Post-Petition | 1/2/2018 | $1,237.27 | | | | | | | $1,237.27 | $1,237.27 | $0.00 | $1,573.50 | $0.00 | $0.00 | $0.00 | $1,237.27 |
| Applied from Post-Suspense | 1/3/2018 | -$1,238.51 | 11/1/2016 | $1,238.51 | $1,238.51 | $383.78 | $454.69 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $334.99 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pre-Petition-P&I | 1/25/2018 | $1,250.07 | | | | | | | $1,250.07 | $1,250.07 | $0.00 | $1,585.06 | $1,250.07 | $0.00 | $1,250.07 | $0.00 |
| Payment - Agreed-Order | 1/25/2018 | $602.25 | | | | | | | $602.25 | $602.25 | $0.00 | $2,187.31 | $0.00 | $0.00 | $1,250.07 | $0.00 |
| Applied from Pre-Suspense | 1/26/2018 | -$348.73 | | | | | | $348.73 | -$348.73 | $0.00 | $348.73 | $1,838.58 | $0.00 | $348.73 | $901.34 | $0.00 |
| Applied from Pre-Suspense | 1/29/2018 | -$1,238.51 | 12/1/2016 | $1,238.51 | $1,238.51 | $384.74 | $453.73 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $600.07 | $337.17 | $1,238.51 | $0.00 | $0.00 |
| Post-Petition | 2/5/2018 | $620.00 | | | | | | | $620.00 | $620.00 | $0.00 | $1,220.07 | $0.00 | $0.00 | $0.00 | $620.00 |
| Post-Petition | 2/26/2018 | $620.00 | | | | | | | $620.00 | $620.00 | $0.00 | $1,840.07 | $0.00 | $0.00 | $0.00 | $1,240.00 |
| Pre-Petition-P&I | 3/27/2018 | $625.04 | | | | | | | $625.04 | $625.04 | $0.00 | $2,465.11 | $625.04 | $0.00 | $625.04 | $1,240.00 |
| Payment - Agreed-Order | 3/27/2018 | $301.12 | | | | | | | $301.12 | $301.12 | $0.00 | $2,766.23 | $301.12 | $0.00 | $625.04 | $1,240.00 |
| Post-Petition | 4/3/2018 | $700.00 | | | | | | | $700.00 | $700.00 | $0.00 | $3,466.23 | $0.00 | $0.00 | $625.04 | $1,940.00 |
| Post-Petition | 4/17/2018 | $537.00 | | | | | | | $537.00 | $537.00 | $0.00 | $4,003.23 | $0.00 | $0.00 | $625.04 | $2,477.00 |
| Pre-Petition-P&I | 4/26/2018 | $625.04 | | | | | | | $625.04 | $625.04 | $0.00 | $4,628.27 | $625.04 | $0.00 | $1,250.08 | $2,477.00 |
| Payment - Agreed-Order | 4/26/2018 | $301.12 | | | | | | | $301.12 | $301.12 | $0.00 | $4,929.39 | $0.00 | $0.00 | $1,250.08 | $2,477.00 |
| Post-Petition | 5/2/2018 | $1,237.27 | | | | | | | $1,237.27 | $1,237.27 | $0.00 | $6,166.66 | $0.00 | $0.00 | $1,250.08 | $3,714.27 |
| Pre-Petition-P&I | 5/30/2018 | $625.04 | | | | | | | $625.04 | $625.04 | $0.00 | $6,791.70 | $625.04 | $0.00 | $1,875.12 | $3,714.27 |
| Payment - Agreed-Order | 5/30/2018 | $301.12 | | | | | | | $301.12 | $301.12 | $0.00 | $7,092.82 | $0.00 | $0.00 | $1,875.12 | $3,714.27 |
| Post-Petition | 6/5/2018 | $1,240.00 | | | | | | | $1,240.00 | $1,240.00 | $0.00 | $8,332.82 | $0.00 | $0.00 | $1,875.12 | $4,954.27 |
| Post-Petition | 7/2/2018 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $9,582.69 | $0.00 | $0.00 | $1,875.12 | $6,204.14 |
| Post-Petition | 7/20/2018 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $10,832.56 | $0.00 | $0.00 | $1,875.12 | $7,454.01 |
| Post-Petition | 8/20/2018 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $12,082.43 | $0.00 | $0.00 | $1,875.12 | $8,703.88 |
| Post-Petition | 9/21/2018 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $13,332.30 | $0.00 | $0.00 | $1,875.12 | $9,953.75 |
| Pre-Petition-P&I | 9/28/2018 | $2,186.23 | | | | | | | $2,186.23 | $2,186.23 | $0.00 | $15,518.53 | $2,186.23 | $0.00 | $4,061.35 | $9,953.75 |

Case 16-11833-pmm    Doc    Filed 04/13/23    Entered 04/13/23 17:26:53    Desc Main
Document    Page 5 of 8

Page 3 of 5

| Transaction Type | Transaction Date | Amount Received | Contractual Due Date | Amount due Per PCN Table | Contractual Applied | Principal | Interest | Escrow | Contractual Over/Short | Credit to Contractual Suspense | Debit from Contractual Suspense | Contractual Suspense | Credit to Pre-Petition-P&I Suspense | Pre-Petition P&I Suspense | Pre-suspense Balance | Post-Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment - Agreed-Order | 9/28/2018 | $1,053.25 | | | | $385.70 | $452.77 | $400.04 | $1,053.25 | $1,053.25 | $0.00 | $16,571.78 | $0.00 | $0.00 | $4,061.35 | $9,953.75 |
| Applied from Post-Susp | 9/28/2018 | -$1,238.51 | 1/1/2017 | $1,238.51 | $1,238.51 | | | | -$1,238.51 | $0.00 | $1,238.51 | $15,333.27 | $0.00 | $0.00 | $4,061.35 | $8,715.24 |
| Post-Petition | 10/22/2018 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $16,583.14 | $0.00 | $0.00 | $4,061.35 | $9,965.11 |
| Pre-Petition-P&I | 10/29/2018 | $1,840.96 | | | | | | | $1,840.96 | $1,840.96 | $0.00 | $18,424.10 | $1,840.96 | $0.00 | $5,902.31 | $9,965.11 |
| Payment - Agreed-Order | 10/29/2018 | $886.92 | | | | | | | $886.92 | $886.92 | $0.00 | $19,311.02 | $0.00 | $0.00 | $5,902.31 | $9,965.11 |
| Applied from Post-Susp | 11/9/2018 | -$1,238.51 | 2/1/2017 | $1,238.51 | $1,238.51 | $386.66 | $451.81 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $18,072.51 | $0.00 | $0.00 | $5,902.31 | $8,726.60 |
| Applied from Post-Susp | 11/9/2018 | -$1,238.51 | 3/1/2017 | $1,238.51 | $1,238.51 | $387.63 | $450.84 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $16,834.00 | $0.00 | $0.00 | $5,902.31 | $7,488.09 |
| Applied from Post-Susp | 11/13/2018 | -$1,238.51 | 4/1/2017 | $1,238.51 | $1,238.51 | $388.60 | $449.87 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $15,595.49 | $0.00 | $0.00 | $5,902.31 | $6,249.58 |
| Applied from Post-Susp | 11/13/2018 | -$1,238.51 | 5/1/2017 | $1,238.51 | $1,238.51 | $389.57 | $448.90 | $400.04 | -$1,238.51 | $0.00 | $1,238.51 | $14,356.98 | $0.00 | $0.00 | $5,902.31 | $5,011.07 |
| Applied from Post-Susp | 11/20/2018 | -$1,237.27 | 6/1/2017 | $1,237.27 | $1,237.27 | $390.54 | $447.93 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $13,119.71 | $0.00 | $0.00 | $5,902.31 | $3,773.80 |
| Applied from Post-Susp | 11/26/2018 | -$1,237.27 | 7/1/2017 | $1,237.27 | $1,237.27 | $391.52 | $446.95 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $11,882.44 | $0.00 | $0.00 | $5,902.31 | $2,536.53 |
| Post-Petition | 11/30/2018 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $13,132.31 | $0.00 | $0.00 | $5,902.31 | $3,786.40 |
| Applied from Pre-Suspe | 12/14/2018 | -$1,237.27 | 8/1/2017 | $1,237.27 | $1,237.27 | $392.50 | $445.97 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $11,895.04 | $0.00 | $1,237.27 | $4,665.04 | $3,786.40 |
| Applied from Pre-Suspe | 12/14/2018 | -$1,237.27 | 9/1/2017 | $1,237.27 | $1,237.27 | $393.48 | $444.99 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $10,657.77 | $0.00 | $1,237.27 | $3,427.77 | $3,786.40 |
| Applied from Pre-Suspe | 12/14/2018 | -$1,237.27 | 10/1/2017 | $1,237.27 | $1,237.27 | $394.46 | $444.01 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $9,420.50 | $0.00 | $1,237.27 | $2,190.50 | $3,786.40 |
| Applied from Pre-Suspe | 12/17/2018 | -$1,237.27 | 11/1/2017 | $1,237.27 | $1,237.27 | $395.45 | $443.02 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $8,183.23 | $0.00 | $1,237.27 | $953.23 | $3,786.40 |
| Applied from Pre-Suspe | 12/17/2018 | -$1,237.27 | 12/1/2017 | $1,237.27 | $1,237.27 | $396.44 | $442.03 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $6,945.96 | $0.00 | $0.00 | $953.23 | $2,549.13 |
| Applied from Post-Susp | 12/17/2018 | -$1,237.27 | 1/1/2018 | $1,237.27 | $1,237.27 | $397.43 | $441.04 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $5,708.69 | $0.00 | $0.00 | $953.23 | $1,311.86 |
| Applied from Post-Susp | 12/17/2018 | -$1,237.27 | 2/1/2018 | $1,237.27 | $1,237.27 | $398.42 | $440.05 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $4,471.42 | $0.00 | $0.00 | $953.23 | $74.59 |
| Applied from AO Suspen | 12/17/2018 | -$1,237.27 | 3/1/2018 | $1,237.27 | $1,237.27 | $399.42 | $439.05 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $3,234.15 | $0.00 | $0.00 | $953.23 | $74.59 |
| Applied from AO Suspen | 12/18/2018 | -$1,237.27 | 4/1/2018 | $1,237.27 | $1,237.27 | $400.42 | $438.05 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $1,996.88 | $0.00 | $0.00 | $953.23 | $74.59 |
| Pre-Petition-P&I | 12/21/2018 | $904.81 | | | | | | | $904.81 | $904.81 | $0.00 | $2,901.69 | $904.81 | $0.00 | $1,858.04 | $74.59 |
| Post-Petition | 12/21/2018 | $435.91 | | | | | | | $435.91 | $435.91 | $0.00 | $3,337.60 | $0.00 | $0.00 | $1,858.04 | $510.50 |
| Post-Petition | 12/26/2018 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $4,587.47 | $0.00 | $0.00 | $1,858.04 | $1,760.37 |
| Applied from Pre-Suspe | 1/4/2019 | -$1,237.27 | 5/1/2018 | $1,237.27 | $1,237.27 | $401.42 | $437.05 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $3,350.20 | $0.00 | $1,237.27 | $620.77 | $1,760.37 |
| Applied from Post-Susp | 1/4/2019 | -$1,237.27 | 6/1/2018 | $1,249.87 | $1,237.27 | $402.42 | $436.05 | $398.80 | -$1,237.27 | $0.00 | $1,237.27 | $2,112.93 | $0.00 | $0.00 | $620.77 | $523.10 |
| Applied from AO Suspen | 1/8/2019 | -$1,249.87 | 7/1/2018 | $1,249.87 | $1,249.87 | $403.43 | $435.04 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $863.06 | $0.00 | $0.00 | $620.77 | $242.29 |
| Post-Petition | 1/26/2019 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $2,112.93 | $0.00 | $0.00 | $620.77 | $1,492.16 |
| Pre-Petition-P&I | 1/28/2019 | $904.81 | | | | | | | $904.81 | $904.81 | $0.00 | $3,017.74 | $904.81 | $0.00 | $1,525.58 | $1,492.16 |
| Payment - Agreed-Order | 1/28/2019 | $435.91 | | | | | | | $435.91 | $435.91 | $0.00 | $3,453.65 | $0.00 | $0.00 | $1,525.58 | $1,492.16 |
| Applied from Pre-Suspe | 1/29/2019 | -$1,249.87 | 8/1/2018 | $1,249.87 | $1,249.87 | $404.44 | $434.03 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $2,203.78 | $0.00 | $1,249.87 | $275.71 | $1,492.16 |
| Applied from Post-Susp | 2/13/2019 | -$1,249.87 | 9/1/2018 | $1,249.87 | $1,249.87 | $405.45 | $433.02 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $953.91 | $0.00 | $0.00 | $275.71 | $242.29 |
| Post-Petition | 2/23/2019 | $1,240.78 | | | | | | | $1,240.78 | $1,240.78 | $0.00 | $2,194.69 | $0.00 | $0.00 | $275.71 | $1,483.07 |
| Pre-Petition-P&I | 2/26/2019 | $904.81 | | | | | | | $904.81 | $904.81 | $0.00 | $3,099.50 | $904.81 | $0.00 | $1,180.52 | $1,483.07 |
| Payment - Agreed-Order | 2/26/2019 | $435.91 | | | | | | | $435.91 | $435.91 | $0.00 | $3,535.41 | $0.00 | $0.00 | $1,180.52 | $1,483.07 |
| Applied from Post-Susp | 2/27/2019 | -$1,249.87 | 10/1/2018 | $1,249.87 | $1,249.87 | $406.46 | $432.01 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $2,285.54 | $0.00 | $0.00 | $1,180.52 | $233.20 |
| Applied from Pre-Suspe | 3/5/2019 | -$1,249.87 | 11/1/2018 | $1,249.87 | $1,249.87 | $407.48 | $430.99 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $1,035.67 | $69.35 | $1,249.87 | $0.00 | $163.85 |
| Pre-Petition-P&I | 3/21/2019 | $668.40 | | | | | | | $668.40 | $668.40 | $0.00 | $1,704.07 | $668.40 | $0.00 | $668.40 | $163.85 |
| Payment - Agreed-Order | 3/21/2019 | $322.01 | | | | | | | $322.01 | $322.01 | $0.00 | $2,026.08 | $0.00 | $0.00 | $668.40 | $1,249.87 |
| Post-Petition | 3/22/2019 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $3,261.92 | $0.00 | $0.00 | $668.40 | $1,399.69 |
| Applied from Post-Susp | 3/29/2019 | -$1,249.87 | 12/1/2018 | $1,249.87 | $1,249.87 | $408.50 | $429.97 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $2,012.05 | $0.00 | $0.00 | $668.40 | $149.82 |
| Applied from Pre-Suspe | 4/1/2019 | -$1,249.87 | 1/1/2019 | $1,249.87 | $1,249.87 | $409.52 | $428.95 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $762.18 | $581.47 | $1,249.87 | $0.00 | $0.00 |
| Post-Petition | 4/19/2019 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $1,998.02 | $0.00 | $0.00 | $0.00 | $1,235.84 |
| Applied from Post-Susp | 4/24/2019 | -$1,249.87 | 2/1/2019 | $1,249.87 | $1,249.87 | $410.54 | $427.93 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $748.15 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 5/20/2019 | $1,249.87 | | | | | | | $1,249.87 | $1,249.87 | $0.00 | $1,998.02 | $0.00 | $0.00 | $0.00 | $1,249.87 |
| Applied from Post-Susp | 5/23/2019 | -$1,249.87 | 3/1/2019 | $1,249.87 | $1,249.87 | $411.57 | $426.90 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $748.15 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 6/21/2019 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $1,983.99 | $0.00 | $0.00 | $0.00 | $1,235.84 |
| Applied from Post-Susp | 6/26/2019 | -$1,249.87 | 4/1/2019 | $1,249.87 | $1,249.87 | $412.60 | $425.87 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $734.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| Applied from Pre-Suspe | 6/27/2019 | -$373.24 | | | | | | | -$373.24 | $0.00 | $373.24 | $360.88 | $373.24 | $373.24 | $0.00 | $0.00 |
| Post-Petition | 7/19/2019 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $1,596.72 | $0.00 | $0.00 | $0.00 | $1,235.84 |

| Transaction Type | Transaction Date | Amount Received | Contractual Due Date | Amount due Per PCN Table | Contractual Applied | Principal | Interest | Escrow | Contractual Over/Short | Credit to Contractual Suspense | Debit from Contractual Suspense | Contractual Suspense | Credit to Pre-Petition P&I Suspense | Pre-Petition P&I Suspense | Pre-suspense Balance | Post-Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applied from Post-Susp | 7/24/2019 | -$1,249.87 | 5/1/2019 | $1,249.87 | $1,249.87 | $413.63 | $424.84 | $411.40 | -$1,249.87 | $0.00 | $1,249.87 | $346.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 9/9/2019 | $800.00 | | | | | | | $800.00 | $800.00 | $0.00 | $1,146.85 | $0.00 | $0.00 | $0.00 | $800.00 |
| Post-Petition | 10/7/2019 | $1,238.51 | | | | | | | $1,238.51 | $1,238.51 | $0.00 | $2,385.36 | $0.00 | $0.00 | $0.00 | $2,038.51 |
| Applied from Post-Susp | 10/9/2019 | -$1,235.84 | 6/1/2019 | $1,235.84 | $1,235.84 | $414.66 | $423.81 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $1,149.52 | $0.00 | $0.00 | $0.00 | $802.67 |
| Post-Petition | 11/7/2019 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $2,385.36 | $0.00 | $0.00 | $0.00 | $2,038.51 |
| Applied from Post-Susp | 11/12/2019 | -$1,235.84 | 7/1/2019 | $1,235.84 | $1,235.84 | $415.70 | $422.77 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $1,149.52 | $0.00 | $0.00 | $0.00 | $802.67 |
| Post-Petition | 12/6/2019 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $2,385.36 | $0.00 | $0.00 | $0.00 | $2,038.51 |
| Applied from Post-Susp | 12/10/2019 | -$1,235.84 | 8/1/2019 | $1,235.84 | $1,235.84 | $416.74 | $421.73 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $1,149.52 | $0.00 | $0.00 | $0.00 | $802.67 |
| Post-Petition | 1/6/2020 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $2,385.36 | $0.00 | $0.00 | $0.00 | $2,038.51 |
| Applied from Post-Susp | 1/8/2020 | -$1,235.84 | 9/1/2019 | $1,235.84 | $1,235.84 | $417.78 | $420.69 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $1,149.52 | $0.00 | $0.00 | $0.00 | $802.67 |
| Post-Petition | 2/5/2020 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $2,385.36 | $0.00 | $0.00 | $0.00 | $2,038.51 |
| Applied from Post-Susp | 2/7/2020 | -$1,235.84 | 10/1/2019 | $1,235.84 | $1,235.84 | $418.83 | $419.64 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $1,149.52 | $0.00 | $0.00 | $0.00 | $802.67 |
| Post-Petition | 3/26/2020 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $2,385.36 | $0.00 | $0.00 | $0.00 | $2,038.51 |
| Applied from Post-Susp | 3/26/2020 | -$1,235.84 | 11/1/2019 | $1,235.84 | $1,235.84 | $419.87 | $418.60 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $1,149.52 | $0.00 | $0.00 | $0.00 | $802.67 |
| Post-Petition | 6/29/2020 | $1,322.16 | | | | | | | $1,322.16 | $1,322.16 | $0.00 | $2,471.68 | $0.00 | $0.00 | $0.00 | $2,124.83 |
| Applied from Post-Susp | 6/29/2020 | -$1,235.84 | 12/1/2019 | $1,235.84 | $1,235.84 | $420.92 | $417.55 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $1,235.84 | $0.00 | $0.00 | $0.00 | $888.99 |
| Applied from Post-Susp | 6/29/2020 | -$1,235.84 | 1/1/2020 | $1,235.84 | $1,235.84 | $421.97 | $416.50 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 8/3/2020 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $1,235.84 | $0.00 | $0.00 | $0.00 | $1,235.84 |
| Applied from Post-Susp | 8/3/2020 | -$1,235.84 | 2/1/2020 | $1,235.84 | $1,235.84 | $423.03 | $415.44 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 9/1/2020 | $1,235.84 | | | | | | | $1,235.84 | $1,235.84 | $0.00 | $1,235.84 | $0.00 | $0.00 | $0.00 | $1,235.84 |
| Applied from Post-Susp | 9/1/2020 | -$1,235.84 | 3/1/2020 | $1,235.84 | $1,235.84 | $424.09 | $414.38 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/7/2020 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,237.73 | $0.00 | $0.00 | $0.00 | $1,237.73 |
| Applied from Post-Susp | 10/7/2020 | -$1,235.84 | 4/1/2020 | $1,235.84 | $1,235.84 | $425.15 | $413.32 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $1.89 | $0.00 | $0.00 | $0.00 | $1.89 |
| Post-Petition | 11/6/2020 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,239.62 | $0.00 | $0.00 | $0.00 | $1,239.62 |
| Applied from Post-Susp | 11/6/2020 | -$1,235.84 | 5/1/2020 | $1,235.84 | $1,235.84 | $426.21 | $412.26 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $3.78 | $0.00 | $0.00 | $0.00 | $3.78 |
| Post-Petition | 12/4/2020 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,241.51 | $0.00 | $0.00 | $0.00 | $1,241.51 |
| Applied from Post-Susp | 12/4/2020 | -$1,235.84 | 6/1/2020 | $1,235.84 | $1,235.84 | $427.28 | $411.19 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $5.67 | $0.00 | $0.00 | $0.00 | $5.67 |
| Post-Petition | 1/6/2021 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,243.40 | $0.00 | $0.00 | $0.00 | $1,243.40 |
| Applied from Post-Susp | 1/6/2021 | -$1,235.84 | 7/1/2020 | $1,235.84 | $1,235.84 | $428.34 | $410.13 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $7.56 | $0.00 | $0.00 | $0.00 | $7.56 |
| Post-Petition | 2/27/2021 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,245.29 | $0.00 | $0.00 | $0.00 | $1,245.29 |
| Applied from Post-Susp | 2/27/2021 | -$1,235.84 | 8/1/2020 | $1,235.84 | $1,235.84 | $429.41 | $409.06 | $397.37 | -$1,235.84 | $0.00 | $1,235.84 | $9.45 | $0.00 | $0.00 | $0.00 | $9.45 |
| Post-Petition | 4/5/2021 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,247.18 | $0.00 | $0.00 | $0.00 | $1,247.18 |
| Applied from Post-Susp | 4/5/2021 | -$1,237.73 | 9/1/2020 | $1,237.73 | $1,237.73 | $430.49 | $407.98 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $9.45 | $0.00 | $0.00 | $0.00 | $9.45 |
| Post-Petition | 5/5/2021 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,247.18 | $0.00 | $0.00 | $0.00 | $1,247.18 |
| Applied from Post-Susp | 5/5/2021 | -$1,237.73 | 10/1/2020 | $1,237.73 | $1,237.73 | $431.56 | $406.91 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $9.45 | $0.00 | $0.00 | $0.00 | $9.45 |
| Post-Petition | 6/4/2021 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,247.18 | $0.00 | $0.00 | $0.00 | $1,247.18 |
| Applied from Post-Susp | 6/4/2021 | -$1,237.73 | 11/1/2020 | $1,237.73 | $1,237.73 | $432.64 | $405.83 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $9.45 | $0.00 | $0.00 | $0.00 | $9.45 |
| Post-Petition | 7/5/2021 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,247.18 | $0.00 | $0.00 | $0.00 | $1,247.18 |
| Applied from Post-Susp | 7/5/2021 | -$1,237.73 | 12/1/2020 | $1,237.73 | $1,237.73 | $433.73 | $404.74 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $9.45 | $0.00 | $0.00 | $0.00 | $9.45 |
| Post-Petition | 7/31/2021 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,247.18 | $0.00 | $0.00 | $0.00 | $1,247.18 |
| Applied from Post-Susp | 7/31/2021 | -$1,237.73 | 1/1/2021 | $1,237.73 | $1,237.73 | $434.81 | $403.66 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $9.45 | $0.00 | $0.00 | $0.00 | $9.45 |
| Post-Petition | 9/20/2021 | $1,237.73 | | | | | | | $1,237.73 | $1,237.73 | $0.00 | $1,247.18 | $0.00 | $0.00 | $0.00 | $1,247.18 |
| Applied from Post-Susp | 9/20/2021 | -$1,237.73 | 2/1/2021 | $1,237.73 | $1,237.73 | $435.90 | $402.57 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $9.45 | $0.00 | $0.00 | $0.00 | $9.45 |
| Post-Petition | 10/12/2021 | $1,237.70 | | | | | | | $1,237.70 | $1,237.70 | $0.00 | $1,247.15 | $0.00 | $0.00 | $0.00 | $1,247.15 |
| Applied from Post-Susp | 10/12/2021 | -$1,237.73 | 3/1/2021 | $1,237.73 | $1,237.73 | $436.99 | $401.48 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $9.42 | $0.00 | $0.00 | $0.00 | $9.42 |
| Post-Petition | 11/4/2021 | $1,237.70 | | | | | | | $1,237.70 | $1,237.70 | $0.00 | $1,247.12 | $0.00 | $0.00 | $0.00 | $1,247.12 |
| Applied from Post-Susp | 11/4/2021 | -$1,237.73 | 4/1/2021 | $1,237.73 | $1,237.73 | $438.08 | $400.39 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $9.39 | $0.00 | $0.00 | $0.00 | $9.39 |
| Post-Petition | 12/8/2021 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,283.09 | $0.00 | $0.00 | $0.00 | $1,283.09 |
| Applied from Post-Susp | 12/8/2021 | -$1,237.73 | 5/1/2021 | $1,237.73 | $1,237.73 | $439.17 | $399.30 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $45.36 | $0.00 | $0.00 | $0.00 | $45.36 |
| Post-Petition | 1/7/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,319.06 | $0.00 | $0.00 | $0.00 | $1,319.06 |

| Transaction Type | Transaction Date | Amount Received | Contractual Due Date | Amount due Per PCN Table | Contractual Applied | Principal | Interest | Escrow | Contractual Over/Short | Credit to Contractual Suspense | Debit from Contractual Suspense | Contractual Suspense | Credit to Pre-Petition-Petition-P&I Suspense | Pre-Petition P&I Suspense | Pre-suspense Balance | Post-Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applied from Post-Susp | 1/7/2022 | -$1,237.73 | 6/1/2021 | $1,237.73 | $1,237.73 | $440.27 | $398.20 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $81.33 | $0.00 | $0.00 | $0.00 | $81.33 |
| Post-Petition | 2/9/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,355.03 | $0.00 | $0.00 | $0.00 | $1,355.03 |
| Applied from Post-Susp | 2/9/2022 | -$1,237.73 | 7/1/2021 | $1,237.73 | $1,237.73 | $441.37 | $397.10 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $117.30 | $0.00 | $0.00 | $0.00 | $117.30 |
| Post-Petition | 3/8/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,391.00 | $0.00 | $0.00 | $0.00 | $1,391.00 |
| Applied from Post-Susp | 3/8/2022 | -$1,237.73 | 8/1/2021 | $1,237.73 | $1,237.73 | $442.48 | $395.99 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $153.27 | $0.00 | $0.00 | $0.00 | $153.27 |
| Post-Petition | 4/7/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,426.97 | $0.00 | $0.00 | $0.00 | $1,426.97 |
| Applied from Post-Susp | 4/7/2022 | -$1,237.73 | 9/1/2021 | $1,237.73 | $1,237.73 | $443.58 | $394.89 | $399.26 | -$1,237.73 | $0.00 | $1,237.73 | $189.24 | $0.00 | $0.00 | $0.00 | $189.24 |
| Post-Petition | 5/23/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,462.94 | $0.00 | $0.00 | $0.00 | $1,462.94 |
| Applied from Post-Susp | 5/23/2022 | -$1,273.70 | 11/1/2021 | $1,273.70 | $1,273.70 | $445.80 | $392.67 | $435.23 | -$1,273.70 | $0.00 | $1,273.70 | $189.24 | $0.00 | $0.00 | $0.00 | $189.24 |
| Post-Petition | 6/29/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,462.94 | $0.00 | $0.00 | $0.00 | $1,462.94 |
| Applied from Post-Susp | 6/29/2022 | -$1,273.70 | 12/1/2021 | $1,273.70 | $1,273.70 | $446.92 | $391.55 | $435.23 | -$1,273.70 | $0.00 | $1,273.70 | $189.24 | $0.00 | $0.00 | $0.00 | $189.24 |
| Post-Petition | 7/30/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,462.94 | $0.00 | $0.00 | $0.00 | $1,462.94 |
| Applied from Post-Susp | 7/30/2022 | -$1,273.70 | 1/1/2022 | $1,273.70 | $1,273.70 | $448.03 | $390.44 | $435.23 | -$1,273.70 | $0.00 | $1,273.70 | $189.24 | $0.00 | $0.00 | $0.00 | $189.24 |
| Post-Petition | 8/29/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,462.94 | $0.00 | $0.00 | $0.00 | $1,462.94 |
| Post-Petition | 8/29/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $2,736.64 | $0.00 | $0.00 | $0.00 | $2,736.64 |
| Applied from Post-Susp | 8/29/2022 | -$1,273.70 | 3/1/2022 | $1,273.70 | $1,273.70 | $450.28 | $388.19 | $435.23 | -$1,273.70 | $0.00 | $1,273.70 | $1,462.94 | $0.00 | $0.00 | $0.00 | $1,462.94 |
| Applied from Post-Susp | 8/29/2022 | -$1,273.70 | 2/1/2022 | $1,273.70 | $1,273.70 | $449.15 | $389.32 | $435.23 | -$1,273.70 | $0.00 | $1,273.70 | $189.24 | $0.00 | $0.00 | $0.00 | $189.24 |
| Post-Petition | 10/1/2022 | $1,273.70 | | | | | | | $1,273.70 | $1,273.70 | $0.00 | $1,462.94 | $0.00 | $0.00 | $0.00 | $1,462.94 |
| Applied from Post-Susp | 10/1/2022 | -$1,273.70 | 4/1/2022 | $1,273.70 | $1,273.70 | $451.40 | $387.07 | $435.23 | -$1,273.70 | $0.00 | $1,273.70 | $189.24 | $0.00 | $0.00 | $0.00 | $189.24 |
| Post-Petition | 11/15/2022 | $1,500.00 | | | | | | | $1,500.00 | $1,500.00 | $0.00 | $1,689.24 | $0.00 | $0.00 | $0.00 | $1,689.24 |
| Applied from Post-Susp | 11/15/2022 | -$1,273.70 | 5/1/2022 | $1,273.70 | $1,273.70 | $452.53 | $385.94 | $435.23 | -$1,273.70 | $0.00 | $1,273.70 | $415.54 | $0.00 | $0.00 | $0.00 | $415.54 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marcia Samuel aka Marcia Woods<br>Debtor(s) | BK NO. 16-11833 PMM<br><br>Chapter 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F<br>Movant<br>vs.<br>Marcia Samuel aka Marcia Woods<br>Debtor(s)<br>Scott F. Waterman Esq.,<br>Trustee | Related to Claim No. No. 7-2 |

## CERTIFICATE OF SERVICE
## NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 13 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Marcia Samuel aka Marcia Woods
246 South Walnut Street
Bath, PA 18014

Attorney for Debtor(s) (via ECF)
Mark Matthew Billion
Billion Law
1073 S Governors Ave
Dover, DE 19904

Trustee
Scott F. Waterman (via ECF)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first-class mail

Dated: April 13 2023

/s /Michael P. Farrington
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com